**UNITED STATES BANKRUPTCY COURT**

Southern District of Florida

www.flsb.uscourts.gov

Case Number 23-11154-RAM

Chapter 11

In Re:
Michael Joseph McMahon
& Sergei Nikoshchenkov

 Debtor(s)                                    /

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession file this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 2/13/23

2. Names, case numbers and dates of filing of related debtors: n/a

3. Description of debtor's business: Locations of debtor's operations and owned:

| Location | Value |
|---|---|
| 28 Seaside South Court, Key West, FL 33040 Monroe County -homestead | $1,000,000.00 |

Debtor(s) owns

| Location | Value |
|---|---|
| 107 Front Street Apt. 217, Key West, FL 33040 Monroe County | $4,000,000.00 |
| 100 Admirals Lane, Key West, FL 33040 Monroe County | $1,895,000.00 |

LF-93 (rev. 12/01/09)
Software Copyright (c) 1996-2016 Best Case

|  |  |
|---|---|
| 1665 Morse Road, Forest Hill, MD 21050 Harford County Farm | $500,000.00 |

4. Reasons for filing chapter 11: state court mortgagee on Front Street USD Bank would not allow enough time to modify settlement – refused payments although current and demanded foreclosure, which would forfeit a million dollars or more in equity.

5. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

6. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: tbd

7. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: $322,430 forfeiture monetary judgment placed against defendant Michael McMahon in favor of USA

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description (estimated value of all collateral of the debtor securing their claims is above in 3): –

| | | |
|---|---|---|
| City of Key West | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County    D1\D2 | $0.00 |
| Deutsche Bank Nat'l Trust Co | 28 Seaside South Court, Key West, FL 33040 Monroe County   D1 | $440,000.00 |
| Harbour Place Condominium Association | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County   D1\D2 | $0.00 |
| Monroe County Tax Collector | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County   D1\D2 | $0.00 |
| Premier Painting Inc. | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County     D1 | Unknown |
| The Truman Annex Master Property Owner's | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County     D1\D2 | $0.00 |

| | | |
|---|---|---|
| U.S. Bank National Association, Trustee | 107 Front Street Apt. 217, Key West, FL 33040 Monroe County   D1 | $2,641,747.00 |

    c. Amount of unsecured claims: TBD –

8. General description and approximate value of the debtor's assets: see above

9. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; condo has insurances but debtor is obtaining homeowners/liability and all ins info will be given to UST.

10. Number of employees and amounts of wages owed as of petition date:0

11. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):$0

12. Anticipated emergency relief to be requested within 14 days from the petition date: none except employment attorney.

                                         Michael Joseph McMahon
                                         /s/:_____
                                         & Sergei Nikoshchenkov
                                          /s/:_____
                                       Signatures
                                       Name and Address of Debtor's Attorney
                                      **Joel M. Aresty**
                                      **309 1st Ave S**
                                      **Tierra Verde, FL 33715**
                                      Florida Bar No.197483

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

LF-93 (rev. 12/01/09)
Software Copyright (c) 1996-2016 Best Case