**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

Case Number 23-11154-RAM
Chapter 11

In Re:
Michael Joseph McMahon
& Sergei Nikoshchenkov
 Debtor(s)
_____/

**Debtor's Pre Status Conference Report**

**And Expedited Motion to Extend Time to File a Plan
And to Possibly Excuse Appearance of Michael McMahon at Status Conference**

**Hearing Requested April 13, 2021 at 11:30 AM**

Michael Joseph McMahon & Sergei Nikoshchenkov (the "Debtors"), by and through undersigned counsel, pursuant to 11 U.S.C. § 1188(c), and Doc 5 Order Setting Subchapter V Status Conference, Claims Bar Date, And Deadline For Elections Under 11 U.S.C. §1111(b), files and serves on all parties in interest "a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization," 14 days before the status conference set for April 13, 2023 at 11:30 AM. Debtor also moves to extend the time to file a plan, and requests an expedited hearing at the time of the status conference, and moves to possibly excuse the appearance of Michael McMahon at the status conference. The Debtor respectfully represents the following to the Court:

    1.    This case was filed 2/13/23. Plan deadline is May 15, 2013. The deadline for entities other than governmental units to file proofs of claim or interest is April 24,

2023. Government unit deadline is 8/14/23. Filing deadline for dischargeability Complaints is 05/15/2023.

  2. 11 U.S.C. § 1189(b) provides that not later than 90 days after the order for relief, the debtor shall file a plan. The court may extend this period if the need for an extension "is attributable to circumstances for which the debtor should not justly be held accountable."

  3. Debtors request to extend the plan deadline by 90 days, to August 15, 2023, the day after the government unit claims bar date. Debtors may be able to file their plan prior to that date. The request "is attributable to circumstances for which the debtor should not justly be held accountable," because the government unit claims bar is set after the plan deadline, and those claims may be very material in this case.

  4. Also Debtor Michael McMahon believes he is unjustly incarcerated and is waiting for disposition of motions, but his ability to assist counsel is meanwhile impaired. For example counsel does not know at this writing whether Mr. McMahon will be given permission and the means required to join a zoom hearing, even by telephone, at the time set and has therefore moved to excuse him if necessary.

  5. Other reasons include the aggressiveness of US Bank which disrupted the case with a motion for stay relief on the third day of this case on its collateral which has a 100% equity cushion adequately protecting its interests, which is also set for that date.

  6. Additionally a number of claims were scheduled as disputed and Debtors need to know whether they file claims, and then have an opportunity to object to the claims, or estimate them for a plan.

7. Debtor has begun negotiations with secured creditors regarding plan treatment, and that takes time because banks have a more complicated management structure slowing negotiations.

8. Below is a working schedule of all loans payable, which Debtor is attempting to reconcile and settle with each creditor to achieve a consensual plan:

| Class | Dispute | Plan Treatment |
|---|---|---|

| Class 1 Priority Claims | | |
|---|---|---|
| Carmax Auto<br>2018 BMW | | Reaffirm or cram to value |
| Chase Bank<br>100 Admirals Lane | Disputed | 11,000 monthly payment budgeted |
| City of Key West | Disputed | Title info being updated for adversary if reequired |
| Deutsche Bank Tr<br>28 Seaside South Court | Disputed | Modification agreement 2500 month budgeted |
| One West Bank<br>1665 Morse Rd  MD | Disputed | 3800 month modification budgeted |
| Performance Finance<br>2022 Indian Super Chief | | Reaffirm or cram to value |
| Harbour Place Condo Ass<br>107 Front St | Disputed | investigating |
| JP Morgan Chase<br>2022 Volvo | | Reaffirm or cram to value |
| Monroe County Tax Collector bed tax | Disputed | investigating |
| Premier Painting | Disputed | investigating |
| Truman Annex Prop Owner | Disputed | investigating |
| US Bank<br>107 Front St Apt 217 | Disputed | Refinance, sale or Modification<br>6,000 adequate protection budgeted – if modified 13,000 month possible |

9. Debtors are studying whether they may want to seek adversary relief from City of Key West to facilitate refinancing or sale of properties; counsel is waiting for the title work to be updated.

10. Tax returns are being updated, and debtors are working on 2021 but have to do so by phone.

Wherefore Debtors file this report and request to extend time to file their plan and request a hearing at the status conference.

## Certificate Of Service

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtors
309 1ST Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483