

**ORDERED in the Southern District of Florida on April 14, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
```

|  |  |
|---|---|
| In re:                                ) <br>                                       ) <br> MICHAEL JOSEPH MCMAHON and ) <br> SERGEI NIKOSHCHENKOV,            ) <br>                                       ) <br>       Debtors.                          ) | CASE NO. 23-11154-RAM <br> CHAPTER  11 |

**AMENDED[1] ORDER SETTING PRELIMINARY HEARING
AND RESPONSE DEADLINE ON MOTION TO DISMISS**

Upon review of Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2006-AR6, Mortgage Pass-Through Certificates Series 2006-AR6's Motion to Dismiss Chapter 11 Case with Bar to Refiling (Re: 28 Seaside Ct, Key West, FL 33040) (the "Motion to Dismiss") [DE# 51], it is -

---

[1] Amended solely to correct typo in caption and paragraph 4 changing Debtor to Debtors.

**ORDERED** as follows:

1. The Court will conduct a preliminary hearing on the Motion to Dismiss on **May 4, 2023** at **11:00 a.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3. To register for the video conference, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

4. The Debtors must file a response to the Motion to Dismiss by **May 1, 2023**.

###

COPIES TO:

Joel M. Aresty, Esq.
Wanda D. Murray, Esq.
Ida Moghimi Kian, Esq.
Linda Marie Leali, Sub V. Trustee
Office of the U.S. Trustee

**(Attorney Aresty is directed to serve a copy of this Order on all other interested parties and file a Certificate of Service)**

2