**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

Case Number 23-11154-RAM
Chapter 11

**In Re:**
**Michael Joseph McMahon**
**& Sergei Nikoshchenkov**
 **Debtor(s)**
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the documents listed below were furnished, by transmission of Notices of Electronic Filing generated by CM/ECF on the date the items was entered on the docket, to those parties registered to receive:

Docs 58,60, 63,64,65,66,67,68

Dated: 4/23/23 Respectfully submitted,

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715 Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483