**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

Case Number 23-11154-RAM
Chapter 11

In Re:
Michael Joseph McMahon
& Sergei Nikoshchenkov
 Debtor(s)
_____/

**Debtor's Response to Doc 51**
**Motion to Dismiss**

Debtor, through counsel, files this response to motion to dismiss, and respectfully represents the following to the court:

1. Movant alleges cause to dismiss for bad faith. There is no bad faith in this case.

2. The allegation of serial filing is misplaced; obviously this new filing does not fall within any of the prohibited time periods provided in section 363.

3. Section 1127 does not prohibit a subsequent filing or modification after default. In fact 1127(e) provides

> **(e)** If the debtor is an individual, the plan may be modified at any time after confirmation of the plan but before the completion of payments under the plan, whether or not the plan has been substantially consummated, upon request of the debtor, the trustee, the United States trustee, or the holder of an allowed unsecured claim, to—
> **(1)**
> increase or reduce the amount of payments on claims of a particular class provided for by the plan;
> **(2)**
> extend or reduce the time period for such payments; or
> **(3)**

alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim made other than under the plan.

4. The confirmed plan in case 09-27475 AJC provided for a bifurcated $440,000 at $2904 per month, and the first case was ended by final decree 6/17/21 Doc 552.

5. Movants claim is $629,000 (5-1). There is no cash collateral because the property is scheduled as debtors' homestead and not part of the rental business..

6. There is equity in the property. Zillow shows $1,049,600, Trulia the same, Realtor.com $946,000,Redfin $1,114,000; Movato the same.

7. This is not a two creditor case, and there is no indicia of bad faith. As Judge Cristol always said, bad faith is as bad faith does.

8. Debtors plan is due May 15 and will provide for movant as a secured creditor.

9. Meanwhile debtors offer adequate protection to creditor of $2,000 month.

Respectfully submitted

We hereby certify that a true copy of the foregoing was served on all parties by CMECF and that counsel conferred with counsel for movant in a good faith effort to resolve an order prior to the hearing.

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483