

**ORDERED in the Southern District of Florida on May 8, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                              Case No. 23-11154-RAM
                                                    Chapter 11
MICHAEL JOSEPH MCMAHON AND
SERGEI NIKOSHCHENKOV,

    Debtors.
_____/

**ORDER DENYING THE MOTION TO DISMISS FILED BY DEUTSCHE BANK
NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE
LOAN TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES SERIES
2006-AR6 BUT ORDERING ADEQUATE PROTECTION**
**(Re: 28 Seaside S Ct, Key West, FL 33040)**

**THIS CASE** came before the Court on May 4, 2023 upon the *Motion to Dismiss Debtors' Chapter 11 Case with Bar to Refiling* ("Motion to Dismiss") [Dkt No. 51] filed by Deutsche Bank National Trust Company as Trustee for IndyMac indx mortgage loan trust 2006-AR6, Mortgage Pass-Through Certificates Series 2006-AR6 ("Creditor"), by and through its authorized loan servicer, PHH Mortgage Corporation ("PHH") along with Debtors' *Response to Doc 51 Motion to Dismiss* [Dkt No. 75]. For the reasons stated on the record, it is:

**ORDERED** as follows:

1. The Motion to Dismiss is denied without prejudice.

2. Debtors must pay PHH $3,000 per month in adequate protection. The first payment is due on May 15, 2023. Each subsequent payment must be made by the 15th of each successive month.

3. Payments shall be made to the following address:
   PHH Mortgage Service
   ATTN: SV 19
   PO Box 24781
   West Palm Beach FL 33416

4. Debtors will have a 5- day grace period for each payment.

5. If Debtors default in their adequate protection payments, Creditor may file a renewed Motion to Dismiss.

###

**Order submitted by:**
*Wanda D. Murray*
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center,
3525 Piedmont Road, N.E.,
Suite 700,
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: WMurray@aldridgepite.com

*Wanda D. Murray* **is directed to serve copies of this order on the parties listed and file a certificate of service.**


**DEBTOR ATTORNEY**
**(via electronic notice)**
**Joel M. Aresty, Esq.**
Joel M. Aresty, P.A.
Email: aresty@mac.com

**DEBTOR**
**Michael Joseph McMahon**
**Sergei Nikoshchenkov**

28 Seaside South Court
Key West, FL 33040

**<u>TRUSTEE</u>**
**Linda Marie Leali**
Email: trustee@lealilaw.com

**<u>UNITED STATES TRUSTEE</u>**
**<u>(via electronic notice)</u>**
**Steven D Schneiderman**
Office of the US Trustee
Email: Steven.D.Schneiderman@usdoj.gov

**<u>*CREDITORS LIST*</u>**
**ATTACHED HERETO**

**CREDITOR MATRIX**

U.S. Bank, National Association As Legal Tit
Diaz Anselmo & Associates, P.A
P.O. BOX 19519
Fort Lauderdale, FL 33318-0519

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Deutsche Bank National Trust Company
c/o PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Kevin Hudson
US Dept of Justice
Fountain Plaza Three
Suite 300
721 Lakefront Commons
Newport News, Virginia 23606-3324

Performance Finance
PO Box 5108
Oak Brook, IL 60522-5108

The Truman Annex Master Property Owner'
Association 305 Whitehead Street
Key West, FL 33040-6542

U.S. Bank, National Association
PO BOX 19519
Fort Lauderdale, FL 33318-0519

Ally Financial, c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

City of Key West
3126 Flagler Ave
Key West, FL 33040-4602

Harbour Place Condominium Association
305 Whitehead Street
Key West, FL 33040-6542

Monroe County Tax Collector
1200 Truman Ave #101 Naval Air Stat
Key West, FL 33040-7270

Premier Painting Inc.
305 Whitehead St
Key West, FL 33040-6542

Truist Bank, Support Services
PO BOX 85092, 306-40-006-10
RICHMOND, VA 23285-5092

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS CT
KENNESAW GA 30144-5942

Deutsche Bank Nat'l Trust Co
Trustee for Indymac indx mtg loan trust
Robertson Anschutz 6409 Congress Ave Ste
Boca Raton, FL 33487-2853

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the US Trustee
51 S.W. 1st Ave
Suite 1204
Miami, FL 33130-1614

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

U.S. Bank National Association, Trustee
For Truman 2016 SC6 Title Trust
c/o Diaz, Anselmo & Assoc. PO Box 19519
Fort Lauderdale, FL 33318

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044