UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                             Case No. 23-11154-RAM

MICHAEL JOSEPH MCMAHON and           Chapter 11
SERGEI NIKOSHCHENKOV,
_____ Debtors./

Ex C

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE (AS SET PURSUANT TO LOCAL RULE 3018-1)*

*The plan filed by Debtor can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

Creditor: DEUTSCHE BANK _____ for the *following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| Secured | 4 | $ 628,723.54 |
| Unsecured | | $ |
| Equity Security Holder | | $ |

The undersigned [Check One Box] __ Accepts          X  Rejects
the plan for reorganization of the above-named debtor.

Signed:
Print Name:   Greg Campbell, Agent for Creditor
Address:     Aldridge Pite LLP, 8880 Rio San Diego Dr, Suite 725, San Diego CA 92108
Phone:       858-750-7600
Date:        6/23/23

**FILE THIS BALLOT ON OR BEFORE**

with:  **Office of the Clerk C. Clyde Atkins United States Courthouse  301 North Miami Avenue, Room 150 Miami, FL 33128**
       **and JOEL ARESTY aresty@icloud.com**

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**