**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: _____          Date report filed: _____
                                                   MM / DD / YYYY

Line of business: _____          NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    _____

Original signature of responsible party     _____

Printed name of responsible party          _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____       Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ❏        ❏        ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏        ❏        ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                 $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                         $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                    **–** $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                  **+** $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   **=** $ _____

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## ~~3. Unpaid Bills~~

~~Attach a~~ list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                            $ _____

    *(Exhibit E)*

Debtor Name   _____     Case number_____

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                              $ _____

      *(Exhibit F)*

 **5. Employees**

26. What was the number of employees when the case was filed?                          _____

27. What is the number of employees as of the date of this monthly report?          _____

 **6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?         $ _____

31. How much have you paid in total other professional fees since filing the case?         $ _____

 **7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                 ▬ $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

Debtor Name  _____    Case number_____

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

❏ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏ 39.  Bank reconciliation reports for each account.

❏ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏ 41.  Budget, projection, or forecast reports.

❏ 42.  Project, job costing, or work-in-progress reports.



Sergei Nikoshchenkov
1665 Morse Rd
Forest Hill MD 21050-1001

## Thanks for saving with Capital One 360®

Here's your **March 2024** bank statement.

STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

# $1,033.17
TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Mar 1 | Mar 31 |
|---|---|---|
| **360 Checking...7851** | $3,020.78 | **$929.04** |
| **360 Performance Savings...8492** | $103.76 | **$104.13** |
| **All Accounts** | $3,124.54 | **$1,033.17** |

## Cashflow Summary

➕ **$0.74** INTEREST EARNED THIS PERIOD

➖ **$0.00** OVERDRAFT AND RETURN ITEM FEES THIS PERIOD

➖ **$0.00** FINANCE CHARGES THIS PERIOD

## 360 Checking - 36163467851

JOINT WITH MICHAEL MCMAHON

| 0.10% | **$1.98** | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

**Page 1 of 12**

    

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Mar 1** | **Opening Balance** | | | **$3,020.78** |
| Mar 1 | Withdrawal from VERIZON WIRELESS PAYMENTS | Debit | - $258.43 | $2,762.35 |
| Mar 1 | Deposit from UBER EATS UBER EATS | Credit | + $11.18 | $2,773.53 |
| Mar 1 | Deposit from AIRBNB PAYMENTS RAODWOS3S5 | Credit | + $5,390.14 | $8,163.67 |
| Mar 1 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $8,113.67 |
| Mar 1 | Withdrawal from ChaseAuto CHASE AUTO | Debit | - $2,398.82 | $5,714.85 |
| Mar 1 | Debit Card Purchase - SHELL OIL 57543797005 FLORIDA CITY FL | Debit | - $4.59 | $5,710.26 |
| Mar 2 | Debit Card Purchase - GOOGLE GSUITE OLMN NET CC GOOGLE CO CA | Debit | - $1.64 | $5,708.62 |
| Mar 2 | Digital Card Purchase - IC INSTACART 159 8882467822 CA | Debit | - $202.88 | $5,505.74 |
| Mar 2 | Digital Card Purchase - IC INSTACART 159 8882467822 CA | Debit | - $5.00 | $5,500.74 |
| Mar 3 | Zelle money received from VLADIMIR PROKHODNOY | Credit | + $35.00 | $5,535.74 |
| Mar 3 | Digital Card Purchase - PRIME VIDEO RN0U47100 888 802 3080 WA | Debit | - $21.19 | $5,514.55 |
| Mar 3 | Digital Card Purchase - PRIME VIDEO RZ3P336F2 888 802 3080 WA | Debit | - $6.35 | $5,508.20 |
| Mar 3 | Digital Card Purchase - BODYZONE F BODYZONE F KEY WEST FL | Debit | - $116.10 | $5,392.10 |
| Mar 4 | Withdrawal from FLORIDA KEYS AUT UTILITY | Debit | - $411.60 | $4,980.50 |
| Mar 4 | Withdrawal from VENMO PAYMENT | Debit | - $30.00 | $4,950.50 |
| Mar 4 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,900.50 |
| Mar 4 | ATM Withdrawal - BANK OF AMERICA IFLH1670 KEY WEST, FL | Debit | - $204.00 | $4,696.50 |
| Mar 4 | Digital Card Purchase - PRIME VIDEO RN3U65VG0 888 802 3080 WA | Debit | - $4.23 | $4,692.27 |
| Mar 4 | Debit Card Purchase - LGC HEALTH CHECK NEW YORK NY | Debit | - $214.00 | $4,478.27 |
| Mar 5 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,428.27 |
| Mar 5 | Withdrawal from Brody Brothers P WWP*Brody | Debit | - $57.99 | $4,370.28 |
| Mar 5 | Debit Card Purchase - GOLDMANS DELI KEY WEST FL | Debit | - $70.00 | $4,300.28 |
| Mar 5 | Debit Card Purchase - GOOGLE DROPBOX 650 253 0000 CA | Debit | - $11.99 | $4,288.29 |
| Mar 5 | Digital Card Purchase - PRIME VIDEO RN3R316C0 888 802 3080 WA | Debit | - $4.12 | $4,284.17 |
| Mar 5 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $14.84 | $4,269.33 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC     EQUAL HOUSING LENDER

Sergei Nikoshchenkov

STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Mar 5 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $4.68 | $4,264.65 |
| Mar 6 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | Debit | - $163.36 | $4,101.29 |
| Mar 6 | Deposit from TURO 8667352901 TURO 86673 | Credit | + $266.63 | $4,367.92 |
| Mar 6 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,317.92 |
| Mar 6 | Zelle money sent to DMITRY BUSHNYY | Debit | - $125.00 | $4,192.92 |
| Mar 6 | Debit Card Purchase - CVS/PHARM 03779--530 T KEY WEST, FL US | Debit | - $104.87 | $4,088.05 |
| Mar 6 | Digital Card Purchase - AMZN MKTP US RN92E0FZ2 AMZN COM BIL WA | Debit | - $28.05 | $4,060.00 |
| Mar 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | Debit | - $4.76 | $4,055.24 |
| Mar 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | Debit | - $0.99 | $4,054.25 |
| Mar 6 | Digital Card Purchase - AMZN MKTP US RN1EM77U0 AMZN COM BIL WA | Debit | - $53.74 | $4,000.51 |
| Mar 6 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $5.70 | $3,994.81 |
| Mar 7 | Withdrawal from ARMSTRONG UTIL 8772775711 | Debit | - $49.95 | $3,944.86 |
| Mar 7 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,894.86 |
| Mar 7 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $12.24 | $3,882.62 |
| Mar 7 | Debit Card Purchase - AMZN MKTP US RN38V2RC0 SEATTLE WA | Debit | - $32.24 | $3,850.38 |
| Mar 7 | Debit Card Purchase - AMZN MKTP US RN28Z1R40 AMZN COM BIL WA | Debit | - $42.96 | $3,807.42 |
| Mar 7 | Digital Card Purchase - AMZN MKTP US RZ7OF87E1 AMZN COM BIL WA | Debit | - $34.39 | $3,773.03 |
| Mar 7 | Debit Card Purchase - SQ THE LOBSTER SHACK KEY WEST FL | Debit | - $31.73 | $3,741.30 |
| Mar 7 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $13.24 | $3,728.06 |
| Mar 7 | Digital Card Purchase - GF WWW SNAPFITNESS CO FRISCO TX | Debit | - $44.95 | $3,683.11 |
| Mar 8 | Deposit from AIRBNB PAYMENTS TDQSXO4C47 | Credit | + $5,209.87 | $8,892.98 |
| Mar 8 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $8,842.98 |
| Mar 8 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $8.98 | $8,834.00 |
| Mar 8 | ATM Withdrawal - BANK OF AMERICA IFLH1670 KEY WEST, FL | Debit | - $1,004.00 | $7,830.00 |
| Mar 8 | Debit Card Purchase - PUBLIX 500 KEY WEST FL | Debit | - $163.96 | $7,666.04 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC    

Sergei Nikoshchenkov

**STATEMENT PERIOD**
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Mar 8 | Debit Card Purchase - SQ THE CHEESE LOVERS KEY WEST FL | Debit | - $88.94 | $7,577.10 |
| Mar 8 | Debit Card Purchase - WWW WONDER BAGS COM COLORADO SPR CO | Debit | - $139.99 | $7,437.11 |
| Mar 9 | Zelle money sent to ALISHER ZAHAROV | Debit | - $150.00 | $7,287.11 |
| Mar 9 | Debit Card Purchase - BANANA CAFE KEY WEST FL | Debit | - $17.81 | $7,269.30 |
| Mar 9 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $6.24 | $7,263.06 |
| Mar 9 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $9.34 | $7,253.72 |
| Mar 10 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $9.97 | $7,243.75 |
| Mar 10 | Debit Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | Debit | - $20.43 | $7,223.32 |
| Mar 10 | Debit Card Purchase - LIME TREE FOOD MART KEY WEST, FL US | Debit | - $21.97 | $7,201.35 |
| Mar 10 | Debit Card Purchase - MISOHAPPY KEY WEST FL | Debit | - $165.61 | $7,035.74 |
| Mar 11 | Debit Card Purchase - CVS/PHARMACY #05 05133 MIAMI BEACH, FL U | Debit | - $15.68 | $7,020.06 |
| Mar 11 | Withdrawal from UBER EATS UBER EATS | Debit | - $13.47 | $7,006.59 |
| Mar 11 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,956.59 |
| Mar 11 | Withdrawal from UBER EATS UBER EATS | Debit | - $101.63 | $6,854.96 |
| Mar 11 | Withdrawal from R&R KEYS LANDSCA SALE | Debit | - $140.00 | $6,714.96 |
| Mar 11 | Debit Card Purchase - CVS/PHARM 05133--555 W MIAMI BEACH, FL U | Debit | - $2.46 | $6,712.50 |
| Mar 11 | Debit Card Purchase - NORDSTROM RACK 3301 C CORAL GABLES, FL U | Debit | - $526.09 | $6,186.41 |
| Mar 11 | Debit Card Purchase - CIRCLE K # 09009 16 NO FLORIDA CITY, FL | Debit | - $56.91 | $6,129.50 |
| Mar 11 | Debit Card Purchase - EXPEDIA 72778729836864 EXPEDIA COM WA | Debit | - $239.02 | $5,890.48 |
| Mar 11 | Debit Card Purchase - SQ CANDY SOAP SUNNY ISLES FL | Debit | - $33.38 | $5,857.10 |
| Mar 11 | Debit Card Purchase - TST CVI CHE 105 AVE AVENTURA FL | Debit | - $185.90 | $5,671.20 |
| Mar 11 | Debit Card Purchase - CSC SERVICEWORK KEY WEST FL | Debit | - $2.50 | $5,668.70 |
| Mar 11 | Debit Card Purchase - KEY PLAZA CREPERIE KEY WEST FL | Debit | - $78.10 | $5,590.60 |
| Mar 11 | Debit Card Purchase - SQ BEACH FRONT PARKIN MIAMI BEACH FL | Debit | - $85.00 | $5,505.60 |
| Mar 12 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $5,455.60 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     EQUAL HOUSING LENDER

**Sergei Nikoshchenkov**

STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Mar 12 | Debit Card Purchase - CVS/PHARM 03779--530 T KEY WEST, FL US | Debit | - $11.92 | $5,443.68 |
| Mar 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | Debit | - $9.95 | $5,433.73 |
| Mar 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | Debit | - $24.95 | $5,408.78 |
| Mar 12 | Debit Card Purchase - TST CAFE BASTILLE SOB MIAMI BEACH FL | Debit | - $72.66 | $5,336.12 |
| Mar 12 | 360 Checking Card Adjustment Signature (Credit) SQ BEACH FRONT PARKIN MIAMI BEACH FL | Credit | + $50.00 | $5,386.12 |
| Mar 13 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $5,336.12 |
| Mar 13 | Debit Card Purchase - USPS PO 11462100 2764 KEY WEST, FL US | Debit | - $9.85 | $5,326.27 |
| Mar 13 | Zelle money sent to ALISHER ZAHAROV | Debit | - $100.00 | $5,226.27 |
| Mar 13 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $56.55 | $5,169.72 |
| Mar 13 | ATM Withdrawal - P361151 P361151 KEY WEST, FL | Debit | - $203.49 | $4,966.23 |
| Mar 13 | Debit Card Purchase - CIRCLE K # 09004 3228 KEY WEST, FL US | Debit | - $31.48 | $4,934.75 |
| Mar 13 | Debit Card Purchase - STARBUCKS STORE 13939 FLORIDA CITY FL | Debit | - $9.70 | $4,925.05 |
| Mar 13 | Debit Card Purchase - EL TORO LOCO CHURRASCA MIAMI FL | Debit | - $242.89 | $4,682.16 |
| Mar 13 | Debit Card Purchase - TST THE DOCKS KEY WEST FL | Debit | - $57.84 | $4,624.32 |
| Mar 13 | Debit Card Purchase - SAMSUNG ADOBE ACROBAT RIDGEFIELD P NJ | Debit | - $9.99 | $4,614.33 |
| Mar 13 | Debit Card Purchase - GOOGLE MICROSOFT APPS 650 253 0000 CA | Debit | - $6.99 | $4,607.34 |
| Mar 14 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,557.34 |
| Mar 14 | Deposit from AIRBNB PAYMENTS 5RM7VGV3BO | Credit | + $2,738.22 | $7,295.56 |
| Mar 14 | Withdrawal from CarMax Auto Finance | Debit | - $541.08 | $6,754.48 |
| Mar 14 | Debit Card Purchase - PMT MONROE CO TAX COLL KEY WEST FL | Debit | - $32.50 | $6,721.98 |
| Mar 14 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $22.87 | $6,699.11 |
| Mar 14 | Withdrawal from UBER EATS UBER EATS | Debit | - $104.05 | $6,595.06 |
| Mar 15 | Withdrawal from UBER EATS UBER EATS | Debit | - $17.90 | $6,577.16 |
| Mar 15 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,527.16 |
| Mar 15 | Withdrawal from UBER EATS UBER EATS | Debit | - $12.14 | $6,515.02 |

capitalone.com     1-888-464-0727     P.O. Box 85123, Richmond, VA 23285

 

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Mar 15 | Withdrawal from UBER EATS UBER EATS | Debit | - $80.74 | $6,434.28 |
| Mar 15 | Debit Card Purchase - KEY LARGO INN 305 451 2478 FL | Debit | - $100.00 | $6,334.28 |
| Mar 15 | Debit Card Purchase - STARBUCKS 10442 KEY LARGO FL | Debit | - $17.75 | $6,316.53 |
| Mar 15 | Zelle money sent to SERHII PALKIN | Debit | - $85.00 | $6,231.53 |
| Mar 17 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | Debit | - $340.75 | $5,890.78 |
| Mar 17 | Debit Card Purchase - MICROSOFT XBOX MSBILL INFO WA | Debit | - $24.99 | $5,865.79 |
| Mar 17 | Digital Card Purchase - AMAZON PRIME R62Q597Q2 888 802 3080 WA | Debit | - $3.17 | $5,862.62 |
| Mar 17 | Digital Card Purchase - AMAZON PRIME R685O1N81 888 802 3080 WA | Debit | - $3.17 | $5,859.45 |
| Mar 17 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | Debit | - $9.99 | $5,849.46 |
| Mar 18 | Withdrawal from FLORIDA KEYS AUT UTILITY | Debit | - $122.98 | $5,726.48 |
| Mar 18 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | Debit | - $183.41 | $5,543.07 |
| Mar 18 | Withdrawal from UBER EATS UBER EATS | Debit | - $12.14 | $5,530.93 |
| Mar 18 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $5,480.93 |
| Mar 18 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $5,430.93 |
| Mar 18 | Withdrawal from UBER EATS UBER EATS | Debit | - $50.79 | $5,380.14 |
| Mar 18 | Debit Card Purchase - PET SUPERMARKET 232 KEY WEST FL | Debit | - $29.85 | $5,350.29 |
| Mar 18 | Debit Card Purchase - SQ EATON STREET SEAFO KEY WEST FL | Debit | - $104.23 | $5,246.06 |
| Mar 18 | Debit Card Purchase - TST KC KEY WEST KEY WEST FL | Debit | - $73.06 | $5,173.00 |
| Mar 18 | Check #432 Cashed | Debit | - $3,000.00 | $2,173.00 |
| Mar 19 | Deposit from AIRBNB PAYMENTS 2AC2LKRKSZ | Credit | + $5,989.22 | $8,162.22 |
| Mar 19 | Withdrawal from VENMO PAYMENT | Debit | - $100.00 | $8,062.22 |
| Mar 20 | Withdrawal from UBER EATS UBER EATS | Debit | - $12.96 | $8,049.26 |
| Mar 20 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $7,999.26 |
| Mar 20 | Withdrawal from UBER EATS UBER EATS | Debit | - $99.73 | $7,899.53 |
| Mar 20 | Bill payment to Hana Tomita | Debit | - $1,992.66 | $5,906.87 |
| Mar 20 | Debit Card Purchase - ETHNIC TELEVISION NETW TORONTO ON | Debit | - $27.00 | $5,879.87 |
| | Debit Card Purchase - FOOD AT KENNEDY CAFE | | | |

capitalone.com     1-888-464-0727     P.O. Box 85123, Richmond, VA 23285      MEMBER FDIC      EQUAL HOUSING LENDER

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Mar 20 | 3058099000 KS | Debit | - $71.20 | $5,808.67 |
| Mar 20 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | Debit | - $24.99 | $5,783.68 |
| Mar 21 | Withdrawal from COMCAST 8495600 800816342 | Debit | - $115.62 | $5,668.06 |
| Mar 21 | 360 Checking Card Adjustment POS PIN (Credit) THE HOME DEPOT #6313 KEY WEST, FL US | Credit | + $160.11 | $5,828.17 |
| Mar 21 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | Debit | - $57.39 | $5,770.78 |
| Mar 21 | ATM Withdrawal - BANK OF AMERICA IFLH0506 KEY WEST, FL | Debit | - $1,004.00 | $4,766.78 |
| Mar 21 | Zelle money sent to ALISHER ZAHAROV | Debit | - $50.00 | $4,716.78 |
| Mar 22 | Withdrawal from MONROE COUNTY TAX COLL. | Debit | - $1,433.57 | $3,283.21 |
| Mar 22 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,233.21 |
| Mar 22 | Debit Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | Debit | - $38.01 | $3,195.20 |
| Mar 22 | Debit Card Purchase - KEY WEST PARKING METER KEY WEST FL | Debit | - $10.50 | $3,184.70 |
| Mar 22 | Debit Card Purchase - GRAND CAFE KEY WEST KEY WEST FL | Debit | - $177.06 | $3,007.64 |
| Mar 22 | Debit Card Purchase - PUBLIX 500 KEY WEST FL | Debit | - $237.69 | $2,769.95 |
| Mar 22 | Digital Card Purchase - SPOTIFY 8777781161 NY | Debit | - $11.65 | $2,758.30 |
| Mar 22 | Debit Card Purchase - SQ POLAR BEAR ICE CRE KEY WEST FL | Debit | - $21.89 | $2,736.41 |
| Mar 22 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | Debit | - $69.99 | $2,666.42 |
| Mar 22 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $3.33 | $2,663.09 |
| Mar 22 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $8.82 | $2,654.27 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $3.99 | $2,650.28 |
| Mar 23 | Debit Card Purchase - ROOSTICA PIZZERIA KEY WEST FL | Debit | - $13.00 | $2,637.28 |
| Mar 23 | Digital Card Purchase - TST SANTIAGOS BODEGA KEY WEST FL | Debit | - $162.24 | $2,475.04 |
| Mar 23 | Debit Card Purchase - KEY WEST PARKING METER KEY WEST FL | Debit | - $6.30 | $2,468.74 |
| Mar 23 | Debit Card Purchase - OASIS KEY WEST FL | Debit | - $15.75 | $2,452.99 |
| Mar 23 | Debit Card Purchase - CSC SERVICEWORK KEY WEST FL | Debit | - $2.50 | $2,450.49 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $30.35 | $2,420.14 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $6.24 | $2,413.90 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     EQUAL HOUSING LENDER

Sergei Nikoshchenkov | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Mar 24 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $30.49 | $2,383.41 |
| Mar 24 | Zelle money sent to Melissa Trader | Debit | - $350.00 | $2,033.41 |
| Mar 24 | Debit Card Purchase - NNT KARTINA TV 49069 848454 | Debit | - $18.00 | $2,015.41 |
| Mar 24 | Debit Card Purchase - PET SUPERMARKET 232 KEY WEST FL | Debit | - $31.12 | $1,984.29 |
| Mar 24 | Debit Card Purchase - WU 0366885002 877 989 3268 CO | Debit | - $309.95 | $1,674.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $1.00 | $1,673.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $1.00 | $1,672.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $9.92 | $1,662.42 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $10.96 | $1,651.46 |
| Mar 25 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $1,601.46 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $19.24 | $1,582.22 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $1.00 | $1,581.22 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $10.94 | $1,570.28 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $1.00 | $1,569.28 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $8.82 | $1,560.46 |
| Mar 25 | Debit Card Purchase - GOOGLE SNAPMATH 855 836 3987 CA | Debit | - $39.99 | $1,520.47 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RH4TH5PL1 888 802 3080 WA | Debit | - $4.23 | $1,516.24 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RH2OO6PP1 888 802 3080 WA | Debit | - $4.23 | $1,512.01 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RA8LY35X0 888 802 3080 WA | Debit | - $4.23 | $1,507.78 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $24.94 | $1,482.84 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $44.70 | $1,438.14 |
| Mar 25 | Debit Card Purchase - KEY PLAZA CREPERIE KEY WEST FL | Debit | - $69.99 | $1,368.15 |
| Mar 26 | Deposit from AIRBNB PAYMENTS RFT4HV4KV6 | Credit | + $1,802.83 | $3,170.98 |
| Mar 26 | Deposit from AIRBNB PAYMENTS ZBJKBETA7J | Credit | + $5,149.73 | $8,320.71 |
| Mar 26 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $3.99 | $8,316.72 |
| Mar 26 | Digital Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | Debit | - $3.33 | $8,313.39 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     EQUAL HOUSING LENDER

**Sergei Nikoshchenkov**

STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Mar 26 | Withdrawal from UBER EATS UBER EATS | Debit | - $53.12 | $8,260.27 |
| Mar 26 | Bill payment to PHH Mortgage services | Debit | - $3,873.65 | $4,386.62 |
| Mar 26 | Debit Card Purchase - WWP WILLIAMS PEST CONT SUMMERLAND K FL | Debit | - $60.00 | $4,326.62 |
| Mar 26 | Debit Card Purchase - DD DOORDASH SUSHISONG 8559731040 CA | Debit | - $119.58 | $4,207.04 |
| Mar 26 | Digital Card Purchase - NETFLIX COM NETFLIX COM CA | Debit | - $24.37 | $4,182.67 |
| Mar 26 | Digital Card Purchase - AMAZON COM RH6IW6MQ1 AMZN COM BIL WA | Debit | - $30.09 | $4,152.58 |
| Mar 26 | Debit Card Purchase - AMZN MKTP US RA7XP7890 AMZN COM BIL WA | Debit | - $154.20 | $3,998.38 |
| Mar 26 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $65.48 | $3,932.90 |
| Mar 26 | Debit Card Purchase - KEY WEST CITIZEN 941 206 1000 FL | Debit | - $17.00 | $3,915.90 |
| Mar 26 | Withdrawal from UBER TRIP UBER TRIP | Debit | - $16.91 | $3,898.99 |
| Mar 27 | Withdrawal from STATE FARM RO 27 SFPP | Debit | - $504.98 | $3,394.01 |
| Mar 27 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $20.49 | $3,373.52 |
| Mar 27 | Debit Card Purchase - FYT 727 5430550 FL | Debit | - $110.00 | $3,263.52 |
| Mar 27 | Debit Card Purchase - PARAMOUNT WEST HOLLYWO CA | Debit | - $6.35 | $3,257.17 |
| Mar 27 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $42.56 | $3,214.61 |
| Mar 27 | Digital Card Purchase - AMZN MKTP US RA3NX3XO2 AMZN COM BIL WA | Debit | - $32.62 | $3,181.99 |
| Mar 28 | Deposit from TURO 8667352901 TURO 86673 | Credit | + $240.58 | $3,422.57 |
| Mar 28 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,372.57 |
| Mar 28 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,322.57 |
| Mar 28 | Zelle money sent to DMITRY BUSHNYY | Debit | - $200.00 | $3,122.57 |
| Mar 28 | Debit Card Purchase - BANANA CAFE KEY WEST FL | Debit | - $20.55 | $3,102.02 |
| Mar 28 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | Debit | - $3.11 | $3,098.91 |
| Mar 29 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,048.91 |
| Mar 29 | Withdrawal from ChaseAuto CHASE AUTO | Debit | - $1,199.41 | $1,849.50 |
| Mar 29 | Withdrawal from UBER EATS UBER EATS | Debit | - $10.94 | $1,838.56 |
| Mar 29 | Withdrawal from UBER EATS UBER EATS | Debit | - $52.12 | $1,786.44 |

capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     EQUAL HOUSING LENDER

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Mar 29 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $73.80 | $1,712.64 |
| Mar 29 | Debit Card Purchase - PERFORMANCE FINANCE LI OAK BROOK IL | Debit | - $480.70 | $1,231.94 |
| Mar 29 | Digital Card Purchase - IC INSTACART 159 8882467822 CA | Debit | - $282.27 | $949.67 |
| Mar 30 | Debit Card Purchase - PRIME VIDEO NR9I89HF3 SEATTLE WA | Debit | - $4.23 | $945.44 |
| Mar 30 | Digital Card Purchase - AMAZON PRIME F90FM4N53 888 802 3080 WA | Debit | - $5.29 | $940.15 |
| Mar 31 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $7.49 | $932.66 |
| Mar 31 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | Debit | - $3.99 | $928.67 |
| Mar 31 | Monthly Interest Paid | Credit | + $0.37 | $929.04 |
| **Mar 31** | **Closing Balance** | | | **$929.04** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## 360 Performance Savings - 36163468492

| 4.29% | $0.86 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| **Mar 1** | **Opening Balance** | | | **$103.76** |
| Mar 31 | Monthly Interest Paid | Credit | + $0.37 | $104.13 |
| **Mar 31** | **Closing Balance** | | | **$104.13** |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC     EQUAL HOUSING LENDER

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

## Fees Summary

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Fees | **$0.00** | **$0.00** |

 capitalone.com     1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC    

Sergei Nikoshchenkov | STATEMENT PERIOD
**Mar 1 - Mar 31, 2024**

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

   **(1)** Tell us your name and account number.

   **(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

   **(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 capitalone.com      1-888-464-0727     P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     

business

| Date | Description | Credit | Type | Debit | Balance |
|---|---|---|---|---|---|
| | opening balance | Credit | | | 3020.78 |
| 1-Mar | Deposit from UBER EATS UBER EATS | 11.18 | Credit | | |
| 1-Mar | Deposit from AIRBNB PAYMENTS RAODWOS3S5 | 5390.14 | Credit | | |
| 1-Mar | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | |
| 1-Mar | Withdrawal from ChaseAuto CHASE AUTO | | Debit | -$2398.82 | |
| 2-Mar | Zelle money received from VLADIMIR PROKHODNOY | 35.00 | Credit | | |
| 3-Mar | Withdrawal from FLORIDA KEYS AUT UTILITY | | Debit | -$411.60 | |
| 3-Mar | Withdrawal from VENMO PAYMENT | | Debit | -$30.00 | |
| 3-Mar | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | |
| 3-Mar | ATM Withdrawal - BANK OF AMERICA IFLH1670 KEY WEST, | | Debit | -$204.00 | |
| 3-Mar | FL | | | | |
| 3-Mar | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | |
| 3-Mar | Withdrawal from Brody Brothers P WWP*Brody | | Debit | -$57.99 | |
| Mar 6 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | | Debit | -$163.36 | $4,101.29 |
| Mar 6 | Deposit from TURO 8667352901 TURO 86673 | 266.63 | Credit | | $4,367.92 |
| Mar 6 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $4,317.92 |
| Mar 6 | Zelle money sent to DMITRY BUSHNYY | | Debit | -$125.00 | $4,192.92 |
| Mar 6 | Debit Card Purchase - CVS/PHARM 03779–530 T KEY WEST, FL US | | Debit | -$104.87 | $4,088.05 |
| Mar 6 | Digital Card Purchase - AMZN MKTP US RN92E0FZ2 AMZN COM BIL WA | | Debit | -$28.05 | $4,060.00 |
| Mar 6 | Digital Card Purchase - AMZN MKTP US RN1EM77U0 AMZN COM BIL WA | | Debit | -$53.74 | $4,000.51 |
| Mar 7 | Withdrawal from ARMSTRONG UTIL 8772775711 | | Debit | -$49.95 | $3,944.86 |
| Mar 7 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $3,894.86 |
| Mar 7 | Debit Card Purchase - AMZN MKTP US RN38V2RC0 SEATTLE WA | | Debit | -$32.24 | $3,850.38 |
| Mar 7 | Debit Card Purchase - AMZN MKTP US RN28Z1R40 AMZN COM BIL WA | | Debit | -$42.96 | $3,807.42 |
| Mar 7 | Digital Card Purchase - AMZN MKTP US RZ7OF87E1 AMZN COM BIL WA | | Debit | -$34.39 | $3,773.03 |
| Mar 8 | Deposit from AIRBNB PAYMENTS TDQSXO4C47 | 5209.87 | Credit | | $8,892.98 |
| Mar 8 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $8,842.98 |
| Mar 8 | ATM Withdrawal - BANK OF AMERICA IFLH1670 KEY WEST, FL | | Debit | -$1,004.00 | $7,830.00 |
| Mar 8 | Debit Card Purchase - WWW WONDER BAGS COM COLORADO SPR CO | | Debit | -$139.99 | $7,437.11 |
| Mar 9 | Zelle money sent to ALISHER ZAHAROV | | Debit | -$150.00 | $7,287.11 |
| Mar 10 | Debit Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | | Debit | -$20.43 | $7,223.32 |
| Mar 11 | Debit Card Purchase - CVS/PHARMACY #05 05133 MIAMI BEACH, FL U | | Debit | -$15.68 | $7,020.06 |
| Mar 11 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $6,956.59 |
| Mar 11 | Withdrawal from R&R KEYS LANDSCA SALE | | Debit | -$140.00 | $6,714.96 |
| Mar 11 | Debit Card Purchase - CVS/PHARM 05133–555 W MIAMI BEACH, FL U | | Debit | -$2.46 | $6,712.50 |
| Mar 11 | Debit Card Purchase - CIRCLE K # 09009 16 NO FLORIDA CITY, FL | | Debit | -$56.91 | $6,129.50 |
| Mar 11 | Debit Card Purchase - EXPEDIA 72778729836864 EXPEDIA COM WA | | Debit | -$239.02 | $5,890.48 |
| Mar 11 | Debit Card Purchase - CSC SERVICEWORK KEY WEST FL | | Debit | -$2.50 | $5,668.70 |
| Mar 12 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $5,455.60 |
| Mar 12 | Debit Card Purchase - CVS/PHARM 03779–530 T KEY WEST, FL US | | Debit | -$11.92 | $5,443.68 |
| Mar 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | | Debit | -$9.95 | $5,433.73 |
| Mar 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | | Debit | -$24.95 | $5,408.78 |
| Mar 12 | 360 Checking Card Adjustment Signature (Credit) SQ BEACH FRONT PARKIN MIAMI BEACH FL | 50 | Credit | | $5,386.12 |
| Mar 13 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $5,336.12 |
| Mar 13 | Zelle money sent to ALISHER ZAHAROV | | Debit | -$100.00 | $5,226.27 |
| Mar 13 | ATM Withdrawal - P361151 P361151 KEY WEST, FL | | Debit | -$203.49 | $4,966.23 |
| Mar 13 | Debit Card Purchase - CIRCLE K # 09004 3228 KEY WEST, FL US | | Debit | -$31.48 | $4,934.75 |
| Mar 13 | Debit Card Purchase - TST THE DOCKS KEY WEST FL | | Debit | -$57.84 | $4,624.32 |
| Mar 14 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $4,557.34 |
| Mar 14 | Deposit from AIRBNB PAYMENTS 5RM7VGV3BO | 2738.22 | Credit | | $7,295.56 |
| Mar 14 | Withdrawal from CarMax Auto Finance | | Debit | -$541.08 | $6,754.48 |
| Mar 14 | Debit Card Purchase - PMT MONROE CO TAX COLL KEY WEST FL | | Debit | -$32.50 | $6,721.98 |
| Mar 15 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $6,527.16 |
| Mar 15 | Zelle money sent to SERHII PALKIN | | Debit | -$85.00 | $6,231.53 |
| Mar 17 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | | Debit | -$340.75 | $5,890.78 |
| Mar 18 | Withdrawal from FLORIDA KEYS AUT UTILITY | | Debit | -$122.98 | $5,726.48 |
| Mar 18 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | | Debit | -$183.41 | $5,543.07 |
| Mar 18 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $5,480.93 |
| Mar 18 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $5,430.93 |
| Mar 18 | Debit Card Purchase - TST KC KEY WEST KEY WEST FL | | Debit | -$73.06 | $5,173.00 |
| Mar 18 | Check #432 Cashed | | Debit | -$3,000.00 | $2,173.00 |
| Mar 19 | Deposit from AIRBNB PAYMENTS 2AC2LKRKSZ | 5989.22 | Credit | | $8,162.22 |
| Mar 19 | Withdrawal from VENMO PAYMENT | | Debit | -$100.00 | $8,062.22 |
| Mar 20 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $7,999.26 |
| Mar 20 | Bill payment to Hana Tomita | | Debit | -$1,992.66 | $5,906.87 |
| Mar 21 | Withdrawal from COMCAST 8495600 800816342 | | Debit | -$115.62 | $5,668.06 |
| Mar 21 | 360 Checking Card Adjustment POS PIN (Credit) THE HOME DEPOT #6313 KEY WEST, FL US | 160.11 | Credit | | $5,828.17 |
| Mar 21 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | | Debit | -$57.39 | $5,770.78 |
| Mar 21 | ATM Withdrawal - BANK OF AMERICA IFLH0506 KEY WEST, FL | | Debit | -$1,004.00 | $4,766.78 |
| Mar 21 | Zelle money sent to ALISHER ZAHAROV | | Debit | -$50.00 | $4,716.78 |
| Mar 22 | Withdrawal from MONROE COUNTY TAX COLL. | | Debit | -$1,433.57 | $3,283.21 |
| Mar 22 | Withdrawal from VENMO PAYMENT | | Debit | -$50.00 | $3,233.21 |
| Mar 22 | Debit Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | | Debit | -$38.01 | $3,195.20 |
| Mar 23 | Debit Card Purchase - CSC SERVICEWORK KEY WEST FL | | Debit | -$2.50 | $2,450.49 |

business

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mar 24 | Zelle money sent to Melissa Trader | | | Debit | -$350.00 | | $2,033.41 |
| Mar 25 | Withdrawal from VENMO PAYMENT | | | Debit | -$50.00 | | $1,601.46 |
| Mar 26 | Deposit from AIRBNB PAYMENTS RFT4HV4KV6 | 1802.83 | Credit | | | | $3,170.98 |
| Mar 26 | Deposit from AIRBNB PAYMENTS ZBJKBETA7J | 5149.73 | Credit | | | | $8,320.71 |
| Mar 26 | Digital Card Purchase - CIRCLE K 05333 1890 N KEY WEST, FL US | | | Debit | -$3.33 | | $8,313.39 |
| Mar 26 | Bill payment to PHH Mortgage services | | | Debit | -$3,873.65 | | $4,386.62 |
| Mar 26 | Debit Card Purchase - WWP WILLIAMS PEST CONT SUMMERLAND K FL | | | Debit | -$60.00 | | $4,326.62 |
| Mar 26 | Digital Card Purchase - AMAZON COM RH6IW6MQ1 AMZN COM BIL WA | | | Debit | -$30.09 | | $4,152.58 |
| Mar 26 | Debit Card Purchase - AMZN MKTP US RA7XP7890 AMZN COM BIL WA | | | Debit | -$154.20 | | $3,998.38 |
| Mar 27 | Withdrawal from STATE FARM RO 27 SFPP | | | Debit | -$504.98 | | $3,394.01 |
| Mar 27 | Digital Card Purchase - AMZN MKTP US RA3NX3XO2 AMZN COM BIL WA | | | Debit | -$32.62 | | $3,181.99 |
| Mar 28 | Deposit from TURO 8667352901 TURO 86673 | 240.18 | Credit | | | | $3,422.57 |
| Mar 28 | Withdrawal from VENMO PAYMENT | | | Debit | -$50.00 | | $3,372.57 |
| Mar 28 | Withdrawal from VENMO PAYMENT | | | Debit | -$50.00 | | $3,322.57 |
| Mar 28 | Zelle money sent to DMITRY BUSHNYY | | | Debit | -$200.00 | | $3,122.57 |
| Mar 29 | Withdrawal from VENMO PAYMENT | | | Debit | -$50.00 | | $3,048.91 |
| Mar 29 | Withdrawal from ChaseAuto CHASE AUTO | | | Debit | -$1,199.41 | | $1,849.50 |
| | Debit Card Purchase - PERFORMANCE FINANCE LI OAK | | | Debit | -$480.70 | | |
| | BROOK IL | | | | | | |
| | Monthly Interest Paid | 0.37 | Debit | | | | |
| | | 27043.48 | | | | | -19938.3 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | **Opening Balance** | 3020.78 | | | | |
| | | **Business Credits** | 27043.48 | | | | |
| | | **Business Expenses** | -22958.7 | | | | |
| | | **Personal Expenses** | -6176.52 | | | | |
| | | **Ending Balance** | 929.04 | | | | |
| | | | | | | | |

personal

| personal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1-Mar | Withdrawal from VERIZON WIRELESS PAYMENTS | | | | Debit | -$258.43 | | |
| 1-Mar | Debit Card Purchase - SHELL OIL 57543797005 FLORIDA | | | | Debit | -$4.59 | | |
| | CITY FL | | | | Debit | | | |
| 2-Mar | Debit Card Purchase - GOOGLE GSUITE OLMN NET CC | | | | Debit | -$1.64 | | |
| 2-Mar | GOOGLE CO CA | | | | Debit | | | |
| 2-Mar | Digital Card Purchase - IC INSTACART 159 8882467822 CA | | | | Debit | -$202.88 | | |
| 2-Mar | Digital Card Purchase - IC INSTACART 159 8882467822 CA | | | | Debit | -$5.00 | | |
| 2-Mar | Digital Card Purchase - PRIME VIDEO RN0U47100 888 802 | | | | Debit | -$21.19 | | |
| 3-Mar | 3080 WA | | | | | | | |
| 3-Mar | Digital Card Purchase - PRIME VIDEO RZ3P336F2 888 802 | | | | Debit | -$6.35 | | |
| 3-Mar | 3080 WA | | | | | | | |
| 3-Mar | Digital Card Purchase - BODYZONE F BODYZONE F KEY WEST FL | | | | Debit | -$116.10 | | |
| 3-Mar | Digital Card Purchase - PRIME VIDEO RN3U65VG0 888 802 | | | | Debit | -$4.23 | | |
| 3-Mar | 3080 WA | | | | | | | |
| 3-Mar | Debit Card Purchase - LGC HEALTH CHECK NEW YORK NY | | | | Debit | -$214.00 | | |
| 3-Mar | Debit Card Purchase - GOLDMANS DELI KEY WEST FL | | | | Debit | -$70.00 | | |
| 3-Mar | Debit Card Purchase - GOOGLE DROPBOX 650 253 0000 CA | | | | Debit | -$11.99 | | |
| 3-Mar | Digital Card Purchase - PRIME VIDEO RN3R316C0 888 802 | | | | Debit | -$4.12 | | |
| 3-Mar | 3080 WA | | | | | -$14.84 | | |
| Mar 5 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$4.68 | | $4,264.65 |
| Mar 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | | | | Debit | -$4.76 | | $4,055.24 |
| Mar 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | | | | Debit | -$0.99 | | $4,054.25 |
| Mar 6 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$5.70 | | $3,994.81 |
| Mar 7 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | | Debit | -$12.24 | | $3,882.62 |
| Mar 7 | Debit Card Purchase - SQ THE LOBSTER SHACK KEY WEST FL | | | | Debit | -$31.73 | | $3,741.30 |
| Mar 7 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$13.24 | | $3,728.06 |
| Mar 7 | Digital Card Purchase - GF WWW SNAPFITNESS CO FRISCO TX | | | | Debit | -$44.95 | | $3,683.11 |
| Mar 8 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | | Debit | -$8.98 | | $8,834.00 |
| Mar 8 | Debit Card Purchase - PUBLIX 500 KEY WEST FL | | | | Debit | -$163.96 | | $7,666.04 |
| Mar 8 | Debit Card Purchase - SQ THE CHEESE LOVERS KEY WEST FL | | | | Debit | -$88.94 | | $7,577.10 |
| Mar 9 | Debit Card Purchase - BANANA CAFE KEY WEST FL | | | | Debit | -$17.81 | | $7,269.30 |
| Mar 9 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$6.24 | | $7,263.06 |
| Mar 9 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$9.34 | | $7,253.72 |
| Mar 10 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | | Debit | -$9.97 | | $7,243.75 |
| Mar 10 | Debit Card Purchase - LIME TREE FOOD MART KEY WEST, FL US | | | | Debit | -$21.97 | | $7,201.35 |
| Mar 10 | Debit Card Purchase - MISOHAPPY KEY WEST FL | | | | Debit | -$165.61 | | $7,035.74 |
| Mar 11 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$13.47 | | $7,006.59 |
| Mar 11 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$101.63 | | $6,854.96 |
| Mar 11 | Debit Card Purchase - NORDSTROM RACK 3301 C CORAL GABLES, FL U | | | | Debit | -$526.09 | | $6,186.41 |
| Mar 11 | Debit Card Purchase - SQ CANDY SOAP SUNNY ISLES FL | | | | Debit | -$33.38 | | $5,857.10 |
| Mar 11 | Debit Card Purchase - TST CVI CHE 105 AVE AVENTURA FL | | | | Debit | -$185.90 | | $5,671.20 |
| Mar 11 | Debit Card Purchase - KEY PLAZA CREPERIE KEY WEST FL | | | | Debit | -$78.10 | | $5,590.60 |
| Mar 11 | Debit Card Purchase - SQ BEACH FRONT PARKIN MIAMI BEACH FL | | | | Debit | -$85.00 | | $5,505.60 |
| Mar 12 | Debit Card Purchase - TST CAFE BASTILLE SOB MIAMI BEACH FL | | | | Debit | -$72.66 | | $5,336.12 |
| Mar 13 | Debit Card Purchase - USPS PO 11462100 2764 KEY WEST, FL US | | | | Debit | -$9.85 | | $5,326.27 |
| Mar 13 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | | Debit | -$56.55 | | $5,169.72 |
| Mar 13 | Debit Card Purchase - STARBUCKS STORE 13939 FLORIDA CITY FL | | | | Debit | -$9.70 | | $4,925.05 |
| Mar 13 | Debit Card Purchase - EL TORO LOCO CHURRASCA MIAMI FL | | | | Debit | -$242.89 | | $4,682.16 |
| Mar 13 | Debit Card Purchase - SAMSUNG ADOBE ACROBAT RIDGEFIELD P NJ | | | | Debit | -$9.99 | | $4,614.33 |
| Mar 13 | Debit Card Purchase - GOOGLE MICROSOFT APPS 650 253 0000 CA | | | | Debit | -$6.99 | | $4,607.34 |
| Mar 14 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | | Debit | -$22.87 | | $6,699.11 |
| Mar 14 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$104.05 | | $6,595.06 |
| Mar 15 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$17.90 | | $6,577.16 |
| Mar 15 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$12.14 | | $6,515.02 |
| Mar 15 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$80.74 | | $6,434.28 |
| Mar 15 | Debit Card Purchase - KEY LARGO INN 305 451 2478 FL | | | | Debit | -$100.00 | | $6,334.28 |
| Mar 15 | Debit Card Purchase - STARBUCKS 10442 KEY LARGO FL | | | | Debit | -$17.75 | | $6,316.53 |
| Mar 17 | Debit Card Purchase - MICROSOFT XBOX MSBILL INFO WA | | | | Debit | -$24.99 | | $5,865.79 |
| Mar 17 | Digital Card Purchase - AMAZON PRIME R62Q597Q2 888 802 3080 WA | | | | Debit | -$3.17 | | $5,862.62 |
| Mar 17 | Digital Card Purchase - AMAZON PRIME R685O1N81 888 802 3080 WA | | | | Debit | -$3.17 | | $5,859.45 |
| Mar 17 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | | | | Debit | -$9.99 | | $5,849.46 |
| Mar 18 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$12.14 | | $5,530.93 |
| Mar 18 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$50.79 | | $5,380.14 |
| Mar 18 | Debit Card Purchase - PET SUPERMARKET 232 KEY WEST FL | | | | Debit | -$29.85 | | $5,350.29 |
| Mar 18 | Debit Card Purchase - SQ EATON STREET SEAFO KEY WEST FL | | | | Debit | -$104.23 | | $5,246.06 |
| Mar 20 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$12.96 | | $8,049.26 |
| Mar 20 | Withdrawal from UBER EATS UBER EATS | | | | Debit | -$99.73 | | $7,899.53 |
| Mar 20 | Debit Card Purchase - ETHNIC TELEVISION NETW TORONTO ON | | | | Debit | -$27.00 | | $5,879.87 |
| | Debit Card Purchase - FOOD AT KENNEDY CAFE | | | | | | | |

personal

| Mar 20 | 3058099000 KS | | | Debit | -$71.20 | | $5,808.67 |
|---|---|---|---|---|---|---|---|
| Mar 20 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | | | Debit | -$24.99 | | $5,783.68 |
| Mar 22 | Debit Card Purchase - KEY WEST PARKING METER KEY WEST FL | | | Debit | -$10.50 | | $3,184.70 |
| Mar 22 | Debit Card Purchase - GRAND CAFE KEY WEST KEY WEST FL | | | Debit | -$177.06 | | $3,007.64 |
| Mar 22 | Debit Card Purchase - PUBLIX 500 KEY WEST FL | | | Debit | -$237.69 | | $2,769.95 |
| Mar 22 | Digital Card Purchase - SPOTIFY 8777781161 NY | | | Debit | -$11.65 | | $2,758.30 |
| Mar 22 | Debit Card Purchase - SQ POLAR BEAR ICE CRE KEY WEST FL | | | Debit | -$21.89 | | $2,736.41 |
| Mar 22 | Digital Card Purchase - MICROSOFT XBOX REDMOND WA | | | Debit | -$69.99 | | $2,666.42 |
| Mar 22 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$3.33 | | $2,663.09 |
| Mar 22 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$8.82 | | $2,654.27 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | Debit | -$3.99 | | $2,650.28 |
| Mar 23 | Debit Card Purchase - ROOSTICA PIZZERIA KEY WEST FL | | | Debit | -$13.00 | | $2,637.28 |
| Mar 23 | Digital Card Purchase - TST SANTIAGOS BODEGA KEY WEST FL | | | Debit | -$162.24 | | $2,475.04 |
| Mar 23 | Debit Card Purchase - KEY WEST PARKING METER KEY WEST FL | | | Debit | -$6.30 | | $2,468.74 |
| Mar 23 | Debit Card Purchase - OASIS KEY WEST FL | | | Debit | -$15.75 | | $2,452.99 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$30.35 | | $2,420.14 |
| Mar 23 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$6.24 | | $2,413.90 |
| Mar 24 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | Debit | -$30.49 | | $2,383.41 |
| Mar 24 | Debit Card Purchase - NNT KARTINA TV 49069 848454 | | | Debit | -$18.00 | | $2,015.41 |
| Mar 24 | Debit Card Purchase - PET SUPERMARKET 232 KEY WEST FL | | | Debit | -$31.12 | | $1,984.29 |
| Mar 24 | Debit Card Purchase - WU 0366885002 877 989 3268 CO | | | Debit | -$309.95 | | $1,674.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$1.00 | | $1,673.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$1.00 | | $1,672.34 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$9.92 | | $1,662.42 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$10.96 | | $1,651.46 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | Debit | -$19.24 | | $1,582.22 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$1.00 | | $1,581.22 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$10.94 | | $1,570.28 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$1.00 | | $1,569.28 |
| Mar 25 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$8.82 | | $1,560.46 |
| Mar 25 | Debit Card Purchase - GOOGLE SNAPMATH 855 836 3987 CA | | | Debit | -$39.99 | | $1,520.47 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RH4TH5PL1 888 802 3080 WA | | | Debit | -$4.23 | | $1,516.24 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RH2OO6PP1 888 802 3080 WA | | | Debit | -$4.23 | | $1,512.01 |
| Mar 25 | Digital Card Purchase - AMAZON PRIME RA8LY35X0 888 802 3080 WA | | | Debit | -$4.23 | | $1,507.78 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$24.94 | | $1,482.84 |
| Mar 25 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$44.70 | | $1,438.14 |
| Mar 25 | Debit Card Purchase - KEY PLAZA CREPERIE KEY WEST FL | | | Debit | -$69.99 | | $1,368.15 |
| Mar 26 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | Debit | -$3.99 | | $8,316.72 |
| Mar 26 | Withdrawal from UBER EATS UBER EATS | | | Debit | -$53.12 | | $8,260.27 |
| Mar 26 | Debit Card Purchase - DD DOORDASH SUSHISONG 8559731040 CA | | | Debit | -$119.58 | | $4,207.04 |
| Mar 26 | Digital Card Purchase - NETFLIX COM NETFLIX COM CA | | | Debit | -$24.37 | | $4,182.67 |
| Mar 26 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$65.48 | | $3,932.90 |
| Mar 26 | Debit Card Purchase - KEY WEST CITIZEN 941 206 1000 FL | | | Debit | -$17.00 | | $3,915.90 |
| Mar 26 | Withdrawal from UBER TRIP UBER TRIP | | | Debit | -$16.91 | | $3,898.99 |
| Mar 27 | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, FL US | | | Debit | -$20.49 | | $3,373.52 |
| Mar 27 | Debit Card Purchase - FYT 727 5430550 FL | | | Debit | -$110.00 | | $3,263.52 |
| Mar 27 | Debit Card Purchase - PARAMOUNT WEST HOLLYWO CA | | | Debit | -$6.35 | | $3,257.17 |
| Mar 27 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$42.56 | | $3,214.61 |
| Mar 28 | Debit Card Purchase - BANANA CAFE KEY WEST FL | | | Debit | -$20.55 | | $3,102.02 |
| Mar 28 | Debit Card Purchase - SEASIDE GROCERY DELI KEY WEST FL | | | Debit | -$3.11 | | $3,098.91 |
| Mar 29 | Withdrawal from UBER EATS UBER EATS | | | Debit | -$10.94 | | $1,838.56 |
| Mar 29 | Withdrawal from UBER EATS UBER EATS | | | Debit | -$52.12 | | $1,786.44 |
| | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, | | | Debit | -$73.80 | | |
| | FL US | | | | | | |
| | Digital Card Purchase - IC INSTACART 159 8882467822 CA | | | Debit | -$282.27 | | |
| | Debit Card Purchase - PRIME VIDEO NR9I89HF3 SEATTLE WA | | | Debit | -$4.23 | | |
| | Digital Card Purchase - AMAZON PRIME F90FM4N53 888 | | | Debit | -$5.29 | | |
| | 802 3080 WA | | | | | | |
| | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, | | | Debit | -$7.49 | | |
| | FL US | | | | | | |
| | Debit Card Purchase - SEASIDE GROCERY & DELI KEY WEST, | | | Debit | -$3.99 | | |
| | FL US | | | | -$6176.52 | | |