**Fill in this information to identify the case:**

Debtor Name  _____

United States Bankruptcy Court for the: _____ District of _____

Case number:  _____

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                        ☐        ☐        ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐        ☐        ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                        $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                        $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                        – $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.                        + $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.                        = $ _____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                        $ _____

*(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?                                               $ _____

31. How much have you paid in total other professional fees since filing the case?                              $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                           $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

**Michael Joseph McMahon & Sergei Nikoshchenkov**
**Southern District of Florida**
**Case Number 23-11154-RAM**

**June 2024 MOR Exhibits A & B**

**Exhibit A**

Q. 3 Have all bills been paid on time?

No.  We are transitioning from one bill payer to another.  As new controller takes the reins the old bills will be cleaned up.  We appreciate your patients during this transition.

Q. 9 Have you timely paid all your insurance premiums?

No.  Again, due to the transition, the flood policy on 28 Seaside lapsed and could not be reinstated.  We are exploring new agents for this policy.  Right now, we are being underwritten by Insurance Express - Applicant: Michael McMahon Quote Number: RFAA278610 Effective Date: 07/27/2024 Address: 28 SEASIDE SOUTH CT, Key West, FL, 33040

**Exhibit B**

Q. 13 Did any insurance company cancel your policy?

Yes.  Foremost canceled our flood policy at 28 Seaside due to non-payment of premium.

Michael J. McMahon and Sergei Nikoshchenkov
Case Number: 23-11154-RAM

Schedule C
Debtor Cash Receipts

| Jun 4 | Deposit from AIRBNB PAYMENTS U42CUFED3V | 2,351.28 |
|---|---|---|
| Jun 10 | Deposit from AIRBNB PAYMENTS JOQAVGSJLC | 2,470.59 |
| Jun 13 | Deposit from AIRBNB PAYMENTS VHCP7JNR4T | 2,343.52 |
| Jun 17 | Deposit from TURO 8667352901 TURO 86673 | 320.76 |
| Jun 18 | Deposit from AIRBNB PAYMENTS RAZNIZTOSP | 3,077.81 |
| Jun 21 | Deposit from AIRBNB PAYMENTS CGAIPYWJLH | 1,426.87 |
| Jun 24 | Deposit from TURO 8667352901 TURO 86673 | 253.94 |
| Jun 25 | Deposit from AIRBNB PAYMENTS DUGBL4SGZA | 1,450.15 |
| Jun 28 | Deposit from TURO 8667352901 TURO 86673 | 370.77 |
| Jun 28 | Deposit from AIRBNB PAYMENTS SGETXVUTMZ | 2,701.85 |
| Jun 30 | Monthly Interest Paid | 0.37 |
| | | 16,767.91 |

| Jun 1 | Zelle money sent to SERHII PALKIN | 225.00 | Personal |
|---|---|---|---|
| Jun 1 | Debit Card Purchase - F N SMITH HDWE JARRETTSVILL MD | 113.24 | Business |
| Jun 1 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, | 84.76 | Business |
| Jun 1 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, | 79.63 | Business |
| Jun 1 | Debit Card Purchase - DD CHOPSTIXGOURMET SAN | 38.06 | Personal |
| Jun 1 | Debit Card Purchase - AMZN MKTP US NN5VF1293 AMZN | 24.27 | Personal |
| Jun 1 | Digital Card Purchase - SUNOCO 80010671 FOREST HILL, | 13.81 | Personal |
| Jun 1 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | 10.90 | Personal |
| Jun 1 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD | 9.28 | Personal |
| Jun 1 | 360 Checking Card Adjustment POS PIN (Credit) THE HOME DEPOT #2506 BEL A | (45.40) | Business |
| Jun 2 | Debit Card Purchase - DICKS SPORTING GOODS BEL AIR MD | 48.00 | Personal |
| Jun 2 | Debit Card Purchase - GF WWW SNAPFITNESS CO FRISCO TX | 47.95 | Personal |
| Jun 2 | Debit Card Purchase - GOOGLE GSUITE OLMN NE 650 253 | 14.40 | Personal |
| Jun 3 | Withdrawal from FLORIDA KEYS AUT UTILITY | 158.51 | Business |
| Jun 3 | Withdrawal from VENMO PAYMENT | 150.00 | Business |
| Jun 3 | Withdrawal from R&R KEYS LANDSCA SALE | 140.00 | Business |
| Jun 3 | Debit Card Purchase - PS PRODUCTS INC RENO NV | 115.00 | Personal |
| Jun 3 | Withdrawal from VENMO PAYMENT | 100.00 | Business |
| Jun 3 | Amazon | 57.96 | Business |
| Jun 3 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 3 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | 42.48 | Personal |
| Jun 3 | Debit Card Purchase - SUNOCO 8001067102 QPS FOREST | 33.06 | Personal |
| Jun 3 | ATM Withdrawal - PAI ISO NW15266 STREET, MD | 28.00 | Personal |
| Jun 3 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | 24.60 | Personal |
| Jun 3 | Debit Card Purchase - AMAZON COM 4H83S8T93 SEATTLE | 8.98 | Personal |
| Jun 4 | Withdrawal from PROG AMERICAN INS PREM | 467.50 | Business |
| Jun 4 | Debit Card Purchase - ULTA LAB TESTS SCOTTSDALE AZ | 155.23 | Personal |
| Jun 4 | Debit Card Purchase - STONEY RIVER 5012 TOWSON MD | 127.66 | Personal |
| Jun 4 | Debit Card Purchase - CHOPSTIX GOURMET FOREST HILL MD | 81.65 | Personal |
| Jun 4 | Withdrawal from Brody Brothers P WWP*Brody | 57.99 | Personal |
| Jun 4 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 4 | Debit Card Purchase - EDEN NAILS AND EDEN BA BEL AIR MD | 25.00 | Personal |
| Jun 4 | Debit Card Purchase - MICROSOFT CONSOLE 1 MO REDMOND WA | 10.99 | Personal |
| Jun 5 | Withdrawal from MORTGAGE SERV CT MTG PAYMT | 2,904.00 | Business |
| Jun 5 | Debit Card Purchase - WU 3541857260 877 989 3268 CO | 309.95 | Business |
| Jun 5 | Withdrawal from ARMSTRONG UTIL 8772775711 | 49.95 | Business |
| Jun 5 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 31.59 | Personal |
| Jun 5 | Debit Card Purchase - AMAZON COM 1J79F1353 AMZN COM BIL WA | 24.91 | Personal |
| Jun 5 | Debit Card Purchase - GOOGLE DROPBOX 650 253 0000 CA | 11.99 | Personal |
| Jun 5 | Debit Card Purchase - COPPERMINE BEL AIR 410 8232500 MD | 5.50 | Personal |
| Jun 6 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | 224.98 | Business |
| Jun 6 | Debit Card Purchase - AMZN MKTP US 2O4HY4H83 AMZN COM BIL WA | 121.73 | Business |
| Jun 6 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | 112.25 | Business |
| Jun 6 | Debit Card Purchase - AMAZON COM EX8K37BA3 AMZN COM BIL WA | 44.39 | Business |
| Jun 6 | Debit Card Purchase - F N SMITH HDWE JARRETTSVILL MD | 34.53 | Business |
| Jun 6 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | 33.24 | Personal |
| Jun 6 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 32.90 | Personal |
| Jun 6 | Debit Card Purchase - STARBUCKS STORE 50934 FOREST HILL MD | 22.10 | Personal |
| Jun 6 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | 14.57 | Personal |
| Jun 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | 0.99 | Personal |
| Jun 7 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | 136.60 | Personal |
| Jun 7 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 7 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | 16.95 | Personal |
| Jun 8 | Debit Card Purchase - TST DAS BIERHALLE BEL BEL AIR MD | 57.73 | Business |
| Jun 8 | Debit Card Purchase - TST DAS BIERHALLE BEL AIR MD | 26.44 | Personal |
| Jun 8 | Debit Card Purchase - AMZN MKTP US UZ39D4BV3 AMZN COM BIL WA | 20.13 | Personal |
| Jun 8 | Debit Card Purchase - STARBUCKS 22914 BEL AIR MD | 13.88 | Personal |
| Jun 8 | Debit Card Purchase - AMZN MKTP US Y65404713 AMZN COM BIL WA | 7.41 | Personal |
| Jun 8 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | 5.38 | Personal |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | 294.16 | Personal |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | 34.34 | Personal |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | 33.02 | Personal |
| Jun 9 | Debit Card Purchase - TACO BELL 032674 BEL AIR MD | 28.77 | Personal |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | 8.54 | Personal |
| Jun 10 | Withdrawal from VENMO PAYMENT | 70.00 | Business |
| Jun 10 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | 58.56 | Personal |
| Jun 10 | Withdrawal from UBER EATS UBER EATS | 53.00 | Personal |
| Jun 10 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 10 | Debit Card Purchase - JARRETTSVILLE CM JARRETTSVILLE, MD US | 14.12 | Personal |
| Jun 10 | Withdrawal from UBER EATS UBER EATS | 11.13 | Personal |
| Jun 10 | Debit Card Purchase - BEL AIR GAS N GO BEL AIR, MD US | 10.90 | Personal |

| | | | |
|---|---|---|---|
| Jun 10 | Debit Card Purchase - PLAYSTATIONNETWORK SAN MATEO CA | 10.60 | Personal |
| Jun 10 | Amazon | 8.45 | Personal |
| Jun 10 | Debit Card Purchase - AMZN MKTP US QD1GQ7HH3 AMZN COM BIL WA | 7.21 | Personal |
| Jun 11 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | 88.65 | Business |
| Jun 11 | Debit Card Purchase - COURTLAND 2729 FALLSTO FALLSTON, MD US | 68.85 | Business |
| Jun 11 | Debit Card Purchase - AMAZON COM LN4LX1JW3 AMZN COM BIL WA | 47.12 | Business |
| Jun 12 | Debit Card Purchase - TST PRIMA DOPO BALTIMORE MD | 152.61 | Personal |
| Jun 12 | Withdrawal from R&R KEYS LANDSCA SALE | 140.00 | Business |
| Jun 12 | Debit Card Purchase - AUTOBELL CAR WASH LLC CHARLOTTE NC | 77.99 | Personal |
| Jun 12 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 12 | Debit Card Purchase - TST KOOPERS FELLS POI BALTIMORE MD | 33.24 | Personal |
| Jun 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | 24.95 | Personal |
| Jun 12 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 24.78 | Personal |
| Jun 12 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | 10.59 | Business |
| Jun 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | 9.95 | Personal |
| Jun 12 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 3.08 | Personal |
| Jun 12 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | 0.40 | Personal |
| Jun 13 | ATM Withdrawal - LK350797 LK350797 BALDWIN, MD | 203.75 | Business |
| Jun 13 | Debit Card Purchase - PS PRODUCTS INC RENO NV | 135.00 | Personal |
| Jun 13 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 13 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | 39.18 | Business |
| Jun 13 | Debit Card Purchase - 7-ELEVEN FOREST HILL, MD US | 23.09 | Personal |
| Jun 13 | Debit Card Purchase - SAMSUNG ADOBE ACROBAT RIDGEFIELD P NJ | 9.99 | Business |
| Jun 13 | Debit Card Purchase - HIGHS 98 BALDWIN, MD US | 8.46 | Personal |
| Jun 13 | Debit Card Purchase - GOOGLE MICROSOFT APPS 650 253 0000 CA | 6.99 | Business |
| Jun 13 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | 5.38 | Personal |
| Jun 14 | Withdrawal from CarMax Auto Finance | 541.08 | Business |
| Jun 14 | Debit Card Purchase - TST MAXIMON ATLAS R BALTIMORE MD | 140.57 | Personal |
| Jun 14 | Debit Card Purchase - WWW LILLIE LILLIEAEST BALDWIN MD | 100.00 | Personal |
| Jun 14 | Debit Card Purchase - MALEMD COM8882949877 888 2949877 DE | 89.00 | Personal |
| Jun 14 | Debit Card Purchase - TST REVIVAL TOPSIDE BALTIMORE MD | 50.42 | Personal |
| Jun 15 | Debit Card Purchase - COURTLAND 2729 FALLSTO FALLSTON, MD US | 61.42 | Business |
| Jun 15 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | 23.91 | Personal |
| Jun 15 | Debit Card Purchase - AMAZON MKTPL LY5204103 AMZN COM BIL WA | 20.01 | Personal |
| Jun 15 | Debit Card Purchase - WENDYS 6506 BALTIMORE MD | 15.35 | Personal |
| Jun 15 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | 6.24 | Personal |
| Jun 16 | Debit Card Purchase - A MART PARKVILLE MD | 87.54 | Personal |
| Jun 16 | Debit Card Purchase - SUNOCO 8001067102 QPS FOREST HILL MD | 44.67 | Personal |
| Jun 16 | Debit Card Purchase - SQ THE SWEET GREEK GR FALLSTON MD | 42.17 | Personal |
| Jun 16 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | 4.76 | Personal |
| Jun 17 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | 247.68 | Business |
| Jun 17 | Withdrawal from FLORIDA KEYS AUT UTILITY | 121.65 | Business |
| Jun 17 | Debit Card Purchase - WWW APTEKASTORE COM BROOKLYN NY | 73.98 | Personal |
| Jun 17 | Zelle money sent to DMITRY BUSHNYY | 60.00 | Business |
| Jun 17 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 17 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 17 | Debit Card Purchase - LOONEY S PUB BELAIR BELAIR MD | 37.53 | Personal |
| Jun 17 | Debit Card Purchase - SQ HARFORD VINEYARD FOREST HILL MD | 31.56 | Personal |
| Jun 17 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | 6.35 | Business |
| Jun 18 | Zelle money sent to ARTEM PIARI | 280.00 | Personal |
| Jun 18 | Debit Card Purchase - WWP WILLIAMS PEST CONT SUMMERLAND K FL | 60.00 | Business |
| Jun 19 | Debit Card Purchase - 7-ELEVEN FOREST HILL, MD US | 14.46 | Personal |
| Jun 19 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | 13.78 | Business |
| Jun 20 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 20 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 20 | Debit Card Purchase - AMAZON MKTPL RG4889H60 AMZN COM BIL WA | 32.59 | Business |
| Jun 21 | Withdrawal from MORTGAGE SERV CT MTG PAYMT | 3,000.00 | Business |
| Jun 21 | Withdrawal from MONROE COUNTY TAX COLL. | 917.81 | Business |
| Jun 21 | Withdrawal from COMCAST 8495600 800816342 | 141.62 | Business |
| Jun 21 | ATM Withdrawal - PAI ISO RT13966 EDGEWOOD, MD | 103.00 | Personal |
| Jun 21 | Withdrawal from VENMO PAYMENT | 50.00 | Personal |
| Jun 21 | Debit Card Purchase - CINEMARK THEATRES 1072 TOWSON MD | 26.62 | Personal |
| Jun 21 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | 26.56 | Personal |
| Jun 21 | Debit Card Purchase - STARBUCKS STORE 50934 FOREST HILL MD | 23.10 | Personal |
| Jun 21 | Debit Card Purchase - CINEMARK THEATRES 1072 TOWSON MD | 19.83 | Personal |
| Jun 21 | Zelle money sent to DMITRY BUSHNYY | 16.00 | Business |
| Jun 21 | Debit Card Purchase - CINEMARK RESERVE 1072 TOWSON MD | 15.72 | Personal |
| Jun 21 | Debit Card Purchase - AMAZON MKTPL 2M9GH5933 AMZN COM BIL WA | 14.95 | Personal |
| Jun 21 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | 13.78 | Business |
| Jun 21 | Debit Card Purchase - CINEMARK RESERVE 1072 TOWSON MD | 10.53 | Personal |
| Jun 21 | Debit Card Purchase - BALTIMORE COUNTY REVEN TOWSON MD | 4.00 | Personal |
| Jun 22 | Debit Card Purchase - COURTLAND HARDWA 2729 FALLSTON, MD US | 310.52 | Business |

| Date | Description | Amount | Type |
|---|---|---|---|
| Jun 22 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | 116.95 | Personal |
| Jun 22 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 36.40 | Personal |
| Jun 22 | Debit Card Purchase - EDEN NAILS AND EDEN BA BEL AIR MD | 25.00 | Personal |
| Jun 22 | Debit Card Purchase - SPOTIFY 8777781161 NY | 15.89 | Personal |
| Jun 22 | Debit Card Purchase - KEFAUVER LUMBER COMPAN FOREST HILL, MD U | 7.41 | Personal |
| Jun 23 | Debit Card Purchase - WALGREENS STORE 2016 R FOREST HILL, MD U | 33.67 | Personal |
| Jun 23 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | 27.56 | Business |
| Jun 23 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 22.57 | Personal |
| Jun 23 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | 22.50 | Personal |
| Jun 24 | Withdrawal from VENMO PAYMENT | 150.00 | Business |
| Jun 24 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 24 | Debit Card Purchase - NNT KARTINA TV 49069 848454 | 18.00 | Business |
| Jun 25 | Debit Card Purchase - MONEYGRAM US DALLAS TX | 174.99 | Business |
| Jun 25 | Withdrawal from VENMO PAYMENT | 50.00 | Business |
| Jun 25 | Zelle money sent to DMITRY BUSHNYY | 18.00 | Business |
| Jun 26 | Withdrawal from STATE FARM RO 27 SFPP | 522.16 | Business |
| Jun 26 | Withdrawal from VENMO PAYMENT | 200.00 | Business |
| Jun 26 | ATM Withdrawal - BANK OF AMERICA IMDN2095 BEL AIR, MD | 154.00 | Business |
| Jun 26 | Debit Card Purchase - ULTA LAB TESTS SCOTTSDALE AZ | 78.85 | Personal |
| Jun 26 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | 35.06 | Personal |
| Jun 26 | Debit Card Purchase - NETFLIX COM LOS GATOS CA | 24.37 | Business |
| Jun 26 | Debit Card Purchase - S & B OIL LLC BEL AIR, MD US | 6.84 | Personal |
| Jun 27 | Debit Card Purchase - AMAZON MKTPL RC56664E2 AMZN COM BIL WA | 20.36 | Personal |
| Jun 27 | Zelle money sent to DMITRY BUSHNYY | 18.00 | Business |
| Jun 27 | Zelle money sent to DMITRY BUSHNYY | 17.00 | Business |
| Jun 27 | Debit Card Purchase - FOOD LION #0223 2531-J CREEDMOOR, NC US | 11.00 | Personal |
| Jun 27 | Debit Card Purchase - CKE THE NEWBERRY CAF 1 BEL AIR MD | 7.01 | Personal |
| Jun 27 | Debit Card Purchase - PARAMOUNT WEST HOLLYWO CA | 6.35 | Business |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | 59.14 | Personal |
| Jun 28 | Debit Card Purchase - SHELL SERVICE STATION LORIS, SC US | 53.83 | Personal |
| Jun 28 | Debit Card Purchase - SHELL SERVICE STATION LORIS, SC US | 15.28 | Personal |
| Jun 28 | Debit Card Purchase - WENDYS 1359 CREEDMOOR NC | 13.11 | Personal |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | 10.87 | Personal |
| Jun 28 | Debit Card Purchase - STARBUCKS STORE 22914 BEL AIR MD | 9.32 | Personal |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | 6.93 | Personal |
| Jun 29 | Debit Card Purchase - PUBLIX SUPER MAR 1112 KEY WEST, FL US | 560.66 | Personal |
| Jun 29 | Debit Card Purchase - ROSS STORES #535 KEY WEST, FL US | 300.17 | Personal |
| Jun 29 | Debit Card Purchase - BEST WESTERN CREEDMOOR | 131.45 | Personal |
| Jun 29 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | 75.23 | Business |
| Jun 29 | Debit Card Purchase - STARBUCKS 800 782 7282 800 782 | 50.00 | Personal |
| Jun 29 | Debit Card Purchase - SHEETZ 0747 00007476 RUTHER GLEN VA | 37.19 | Personal |
| Jun 29 | Debit Card Purchase - CINDY S KOUNTRY KITCHE | 28.77 | Personal |
| Jun 29 | Debit Card Purchase - STARBUCKS STORE 22914 BEL AIR MD | 18.59 | Personal |
| Jun 29 | Debit Card Purchase - SHEETZ 0747 00007476 RUTHER GLEN VA | 3.63 | Personal |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH | 67.37 | Personal |
| Jun 30 | Debit Card Purchase - OFFICE MAX/OFFI 1118 K KEY WEST, | 64.49 | Business |
| Jun 30 | Debit Card Purchase - IHOP 360183 TITUSVILLE FL | 59.10 | Personal |
| Jun 30 | Debit Card Purchase - PUBLIX SUPER MAR 1112 KEY WEST, | 24.28 | Personal |
| Jun 30 | Debit Card Purchase - STARBUCKS STORE 54058 | 13.77 | Personal |
| Jun 30 | Debit Card Purchase - SHELL OIL 10012564000 | 9.37 | Personal |
| Jun 30 | Debit Card Purchase - WINN DIXIE 0317 KEY WEST FL | 7.98 | Personal |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH | 4.48 | Personal |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH | 3.57 | Personal |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH | 2.99 | Personal |

|  | Exhibit D Cash Disbursements | 19,371.72 |  |



Sergei Nikoshchenkov
1665 Morse Rd
Forest Hill MD 21050-1001

## Thanks for saving with Capital One 360®

Here's your **June 2024** bank statement.

**STATEMENT PERIOD**
**Jun 1 - Jun 30, 2024**

# $4,637.77

TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Jun 1 | Jun 30 |
|---|---|---|
| **360 Checking...7851** | $7,237.42 | **$4,633.61** |
| **360 Performance Savings...8492** | $4.15 | **$4.16** |
| **All Accounts** | $7,241.57 | **$4,637.77** |

## Cashflow Summary

➕ $0.38 INTEREST EARNED THIS PERIOD
➖ $0.00 OVERDRAFT AND RETURN ITEM FEES THIS PERIOD
➖ $0.00 FINANCE CHARGES THIS PERIOD

## 360 Checking - 36163467851

JOINT WITH MICHAEL MCMAHON

0.10%
ANNUAL PERCENTAGE YIELD
(APY) EARNED

$2.84
YTD INTEREST AND BONUSES

30
DAYS IN STATEMENT
CYCLE

Page 1 of 12

    

Sergei Nikoshchenkov | STATEMENT PERIOD
Jun 1 - Jun 30, 2024

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| **Jun 1** | **Opening Balance** | | | **$7,237.42** |
| Jun 1 | Zelle money sent to SERHII PALKIN | Debit | - $225.00 | $7,012.42 |
| Jun 1 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | Debit | - $9.28 | $7,003.14 |
| Jun 1 | 360 Checking Card Adjustment POS PIN (Credit) THE HOME DEPOT #2506 BEL AIR, MD US | Credit | + $45.40 | $7,048.54 |
| Jun 1 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | Debit | - $79.63 | $6,968.91 |
| Jun 1 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | Debit | - $84.76 | $6,884.15 |
| Jun 1 | Digital Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | Debit | - $13.81 | $6,870.34 |
| Jun 1 | Debit Card Purchase - F N SMITH HDWE JARRETTSVILL MD | Debit | - $113.24 | $6,757.10 |
| Jun 1 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | Debit | - $10.90 | $6,746.20 |
| Jun 1 | Debit Card Purchase - AMZN MKTP US NN5VF1293 AMZN COM BIL WA | Debit | - $24.27 | $6,721.93 |
| Jun 1 | Debit Card Purchase - DD CHOPSTIXGOURMET SAN FRANCISC CA | Debit | - $38.06 | $6,683.87 |
| Jun 2 | Debit Card Purchase - DICKS SPORTING GOODS BEL AIR MD | Debit | - $48.00 | $6,635.87 |
| Jun 2 | Debit Card Purchase - GF WWW SNAPFITNESS CO FRISCO TX | Debit | - $47.95 | $6,587.92 |
| Jun 2 | Debit Card Purchase - GOOGLE GSUITE OLMN NE 650 253 0000 CA | Debit | - $14.40 | $6,573.52 |
| Jun 3 | Withdrawal from FLORIDA KEYS AUT UTILITY | Debit | - $158.51 | $6,415.01 |
| Jun 3 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,365.01 |
| Jun 3 | Withdrawal from VENMO PAYMENT | Debit | - $100.00 | $6,265.01 |
| Jun 3 | Withdrawal from R&R KEYS LANDSCA SALE | Debit | - $140.00 | $6,125.01 |
| Jun 3 | Withdrawal from VENMO PAYMENT | Debit | - $150.00 | $5,975.01 |
| Jun 3 | ATM Withdrawal - PAI ISO NW15266 STREET, MD | Debit | - $28.00 | $5,947.01 |
| Jun 3 | Debit Card Purchase - SUNOCO 8001067102 QPS FOREST HILL MD | Debit | - $33.06 | $5,913.95 |
| Jun 3 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | Debit | - $42.48 | $5,871.47 |
| Jun 3 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | Debit | - $24.60 | $5,846.87 |
| Jun 3 | Debit Card Purchase - AMAZON COM 4H83S8T93 SEATTLE WA | Debit | - $8.98 | $5,837.89 |
| | Debit Card Purchase - TST PERENNIAL CUNNING TOWSON | | | |

  

Sergei Nikoshchenkov | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 3 | MD | Debit | - $57.96 | $5,779.93 |
| Jun 3 | Debit Card Purchase - PS PRODUCTS INC RENO NV | Debit | - $115.00 | $5,664.93 |
| Jun 4 | Withdrawal from PROG AMERICAN INS PREM | Debit | - $467.50 | $5,197.43 |
| Jun 4 | Deposit from AIRBNB PAYMENTS U42CUFED3V | Credit | + $2,351.28 | $7,548.71 |
| Jun 4 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $7,498.71 |
| Jun 4 | Withdrawal from Brody Brothers P WWP*Brody | Debit | - $57.99 | $7,440.72 |
| Jun 4 | Debit Card Purchase - STONEY RIVER 5012 TOWSON MD | Debit | - $127.66 | $7,313.06 |
| Jun 4 | Debit Card Purchase - CHOPSTIX GOURMET FOREST HILL MD | Debit | - $81.65 | $7,231.41 |
| Jun 4 | Debit Card Purchase - EDEN NAILS AND EDEN BA BEL AIR MD | Debit | - $25.00 | $7,206.41 |
| Jun 4 | Debit Card Purchase - ULTA LAB TESTS SCOTTSDALE AZ | Debit | - $155.23 | $7,051.18 |
| Jun 4 | Debit Card Purchase - MICROSOFT CONSOLE 1 MO REDMOND WA | Debit | - $10.99 | $7,040.19 |
| Jun 5 | Withdrawal from ARMSTRONG UTIL 8772775711 | Debit | - $49.95 | $6,990.24 |
| Jun 5 | Withdrawal from MORTGAGE SERV CT MTG PAYMT | Debit | - $2,904.00 | $4,086.24 |
| Jun 5 | Debit Card Purchase - GOOGLE DROPBOX 650 253 0000 CA | Debit | - $11.99 | $4,074.25 |
| Jun 5 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $31.59 | $4,042.66 |
| Jun 5 | Debit Card Purchase - WU 3541857260 877 989 3268 CO | Debit | - $309.95 | $3,732.71 |
| Jun 5 | Debit Card Purchase - COPPERMINE BEL AIR 410 8232500 MD | Debit | - $5.50 | $3,727.21 |
| Jun 5 | Debit Card Purchase - AMAZON COM 1J79F1353 AMZN COM BIL WA | Debit | - $24.91 | $3,702.30 |
| Jun 6 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | Debit | - $224.98 | $3,477.32 |
| Jun 6 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | Debit | - $14.57 | $3,462.75 |
| Jun 6 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | Debit | - $112.25 | $3,350.50 |
| Jun 6 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | Debit | - $33.24 | $3,317.26 |
| Jun 6 | Debit Card Purchase - STARBUCKS STORE 50934 FOREST HILL MD | Debit | - $22.10 | $3,295.16 |
| Jun 6 | Debit Card Purchase - F N SMITH HDWE JARRETTSVILL MD | Debit | - $34.53 | $3,260.63 |
| Jun 6 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | Debit | - $0.99 | $3,259.64 |

🌐 capitalone.com     📞 1-888-464-0727     🏛 P.O. Box 85123, Richmond, VA 23285

 

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Jun 6 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $32.90 | $3,226.74 |
| Jun 6 | Debit Card Purchase - AMZN MKTP US 2O4HY4H83 AMZN COM BIL WA | Debit | - $121.73 | $3,105.01 |
| Jun 6 | Debit Card Purchase - AMAZON COM EX8K37BA3 AMZN COM BIL WA | Debit | - $44.39 | $3,060.62 |
| Jun 7 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,010.62 |
| Jun 7 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | Debit | - $136.60 | $2,874.02 |
| Jun 7 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | Debit | - $16.95 | $2,857.07 |
| Jun 8 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | Debit | - $5.38 | $2,851.69 |
| Jun 8 | Debit Card Purchase - STARBUCKS 22914 BEL AIR MD | Debit | - $13.88 | $2,837.81 |
| Jun 8 | Debit Card Purchase - AMZN MKTP US UZ39D4BV3 AMZN COM BIL WA | Debit | - $20.13 | $2,817.68 |
| Jun 8 | Debit Card Purchase - AMZN MKTP US Y654047I3 AMZN COM BIL WA | Debit | - $7.41 | $2,810.27 |
| Jun 8 | Debit Card Purchase - TST DAS BIERHALLE BEL BEL AIR MD | Debit | - $57.73 | $2,752.54 |
| Jun 8 | Debit Card Purchase - TST DAS BIERHALLE BEL BEL AIR MD | Debit | - $26.44 | $2,726.10 |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | Debit | - $33.02 | $2,693.08 |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | Debit | - $34.34 | $2,658.74 |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | Debit | - $8.54 | $2,650.20 |
| Jun 9 | Debit Card Purchase - TACO BELL 032674 BEL AIR MD | Debit | - $28.77 | $2,621.43 |
| Jun 9 | Debit Card Purchase - LOONEY S PUB BEL AIR BEL AIR MD | Debit | - $294.16 | $2,327.27 |
| Jun 10 | Deposit from AIRBNB PAYMENTS JOQAVGSJLC | Credit | + $2,470.59 | $4,797.86 |
| Jun 10 | Withdrawal from UBER EATS UBER EATS | Debit | - $11.13 | $4,786.73 |
| Jun 10 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,736.73 |
| Jun 10 | Withdrawal from UBER EATS UBER EATS | Debit | - $53.00 | $4,683.73 |
| Jun 10 | Withdrawal from VENMO PAYMENT | Debit | - $70.00 | $4,613.73 |
| Jun 10 | Debit Card Purchase - BEL AIR GAS N GO BEL AIR, MD US | Debit | - $10.90 | $4,602.83 |
| Jun 10 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | Debit | - $58.56 | $4,544.27 |
| Jun 10 | Debit Card Purchase - PLAYSTATIONNETWORK SAN MATEO CA | Debit | - $10.60 | $4,533.67 |
| | Debit Card Purchase - AMZN MKTP US P92O97713 AMZN | | | |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 10 | COM BIL WA | Debit | - $8.45 | $4,525.22 |
| Jun 10 | Debit Card Purchase - AMZN MKTP US QD1GQ7HH3 AMZN COM BIL WA | Debit | - $7.21 | $4,518.01 |
| Jun 10 | Debit Card Purchase - JARRETTSVILLE CM JARRETTSVILLE, MD US | Debit | - $14.12 | $4,503.89 |
| Jun 11 | Debit Card Purchase - THE HOME DEPOT #2506 BEL AIR, MD US | Debit | - $88.65 | $4,415.24 |
| Jun 11 | Debit Card Purchase - COURTLAND 2729 FALLSTO FALLSTON, MD US | Debit | - $68.85 | $4,346.39 |
| Jun 11 | Debit Card Purchase - AMAZON COM LN4LX1JW3 AMZN COM BIL WA | Debit | - $47.12 | $4,299.27 |
| Jun 12 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,249.27 |
| Jun 12 | Withdrawal from R&R KEYS LANDSCA SALE | Debit | - $140.00 | $4,109.27 |
| Jun 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | Debit | - $9.95 | $4,099.32 |
| Jun 12 | Debit Card Purchase - EPOCH SWEARLLLC GLENDALE CA | Debit | - $24.95 | $4,074.37 |
| Jun 12 | Debit Card Purchase - TST KOOPERS FELLS POI BALTIMORE MD | Debit | - $33.24 | $4,041.13 |
| Jun 12 | Debit Card Purchase - TST PRIMA DOPO BALTIMORE MD | Debit | - $152.61 | $3,888.52 |
| Jun 12 | Debit Card Purchase - VITAMIN SHOPPE 337 BEL AIR MD | Debit | - $0.40 | $3,888.12 |
| Jun 12 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $24.78 | $3,863.34 |
| Jun 12 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $3.08 | $3,860.26 |
| Jun 12 | Debit Card Purchase - AUTOBELL CAR WASH LLC CHARLOTTE NC | Debit | - $77.99 | $3,782.27 |
| Jun 12 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | Debit | - $10.59 | $3,771.68 |
| Jun 13 | Deposit from AIRBNB PAYMENTS VHCP7JNR4T | Credit | + $2,343.52 | $6,115.20 |
| Jun 13 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,065.20 |
| Jun 13 | Debit Card Purchase - 7-ELEVEN FOREST HILL, MD US | Debit | - $23.09 | $6,042.11 |
| Jun 13 | Debit Card Purchase - HIGHS 98 BALDWIN, MD US | Debit | - $8.46 | $6,033.65 |
| Jun 13 | ATM Withdrawal - LK350797 LK350797 BALDWIN, MD | Debit | - $203.75 | $5,829.90 |
| Jun 13 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | Debit | - $5.38 | $5,824.52 |
| Jun 13 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | Debit | - $39.18 | $5,785.34 |

capitalone.com          1-888-464-0727          P.O. Box 85123, Richmond, VA 23285          MEMBER FDIC          

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 13 | Debit Card Purchase - SAMSUNG ADOBE ACROBAT RIDGEFIELD P NJ | Debit | - $9.99 | $5,775.35 |
| Jun 13 | Debit Card Purchase - PS PRODUCTS INC RENO NV | Debit | - $135.00 | $5,640.35 |
| Jun 13 | Debit Card Purchase - GOOGLE MICROSOFT APPS 650 253 0000 CA | Debit | - $6.99 | $5,633.36 |
| Jun 14 | Withdrawal from CarMax Auto Finance | Debit | - $541.08 | $5,092.28 |
| Jun 14 | Debit Card Purchase - TST REVIVAL TOPSIDE BALTIMORE MD | Debit | - $50.42 | $5,041.86 |
| Jun 14 | Debit Card Purchase - WWW LILLIE LILLIEAEST BALDWIN MD | Debit | - $100.00 | $4,941.86 |
| Jun 14 | Debit Card Purchase - MALEMD COM8882949877 888 2949877 DE | Debit | - $89.00 | $4,852.86 |
| Jun 14 | Debit Card Purchase - TST MAXIMON ATLAS R BALTIMORE MD | Debit | - $140.57 | $4,712.29 |
| Jun 15 | Debit Card Purchase - COURTLAND 2729 FALLSTO FALLSTON, MD US | Debit | - $61.42 | $4,650.87 |
| Jun 15 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | Debit | - $23.91 | $4,626.96 |
| Jun 15 | Debit Card Purchase - 7 ELEVEN 35478 FOREST HILL MD | Debit | - $6.24 | $4,620.72 |
| Jun 15 | Debit Card Purchase - WENDYS 6506 BALTIMORE MD | Debit | - $15.35 | $4,605.37 |
| Jun 15 | Debit Card Purchase - AMAZON MKTPL LY5204103 AMZN COM BIL WA | Debit | - $20.01 | $4,585.36 |
| Jun 16 | Debit Card Purchase - A MART PARKVILLE MD | Debit | - $87.54 | $4,497.82 |
| Jun 16 | Debit Card Purchase - SUNOCO 8001067102 QPS FOREST HILL MD | Debit | - $44.67 | $4,453.15 |
| Jun 16 | Debit Card Purchase - APPLE COM BILL 866 712 7753 CA | Debit | - $4.76 | $4,448.39 |
| Jun 16 | Debit Card Purchase - SQ THE SWEET GREEK GR FALLSTON MD | Debit | - $42.17 | $4,406.22 |
| Jun 17 | Withdrawal from FLORIDA KEYS AUT UTILITY | Debit | - $121.65 | $4,284.57 |
| Jun 17 | Withdrawal from KEYS ENERGY SERV DEBIT BILL | Debit | - $247.68 | $4,036.89 |
| Jun 17 | Deposit from TURO 8667352901 TURO 86673 | Credit | + $320.76 | $4,357.65 |
| Jun 17 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,307.65 |
| Jun 17 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,257.65 |
| Jun 17 | Zelle money sent to DMITRY BUSHNYY | Debit | - $60.00 | $4,197.65 |
| Jun 17 | Debit Card Purchase - LOONEY S PUB BELAIR BELAIR MD | Debit | - $37.53 | $4,160.12 |
| Jun 17 | Debit Card Purchase - SQ HARFORD VINEYARD FOREST HILL MD | Debit | - $31.56 | $4,128.56 |

capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC    

Sergei Nikoshchenkov | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 17 | Debit Card Purchase - PRIME VIDEO CHANNELS AMZN COM BIL WA | Debit | - $6.35 | $4,122.21 |
| Jun 17 | Debit Card Purchase - WWW APTEKASTORE COM BROOKLYN NY | Debit | - $73.98 | $4,048.23 |
| Jun 18 | Deposit from AIRBNB PAYMENTS RAZNIZTOSP | Credit | + $3,077.81 | $7,126.04 |
| Jun 18 | Debit Card Purchase - WWP WILLIAMS PEST CONT SUMMERLAND K FL | Debit | - $60.00 | $7,066.04 |
| Jun 18 | Zelle money sent to ARTEM PIARI | Debit | - $280.00 | $6,786.04 |
| Jun 19 | Debit Card Purchase - 7-ELEVEN FOREST HILL, MD US | Debit | - $14.46 | $6,771.58 |
| Jun 19 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | Debit | - $13.78 | $6,757.80 |
| Jun 20 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,707.80 |
| Jun 20 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,657.80 |
| Jun 20 | Debit Card Purchase - AMAZON MKTPL RG4889H60 AMZN COM BIL WA | Debit | - $32.59 | $6,625.21 |
| Jun 21 | Withdrawal from COMCAST 8495600 800816342 | Debit | - $141.62 | $6,483.59 |
| Jun 21 | Deposit from AIRBNB PAYMENTS CGAIPYWJLH | Credit | + $1,426.87 | $7,910.46 |
| Jun 21 | Withdrawal from MONROE COUNTY TAX COLL. | Debit | - $917.81 | $6,992.65 |
| Jun 21 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $6,942.65 |
| Jun 21 | Withdrawal from MORTGAGE SERV CT MTG PAYMT | Debit | - $3,000.00 | $3,942.65 |
| Jun 21 | Debit Card Purchase - SUNOCO 80010671 FOREST HILL, MD US | Debit | - $26.56 | $3,916.09 |
| Jun 21 | ATM Withdrawal - PAI ISO RT13966 EDGEWOOD, MD | Debit | - $103.00 | $3,813.09 |
| Jun 21 | Zelle money sent to DMITRY BUSHNYY | Debit | - $16.00 | $3,797.09 |
| Jun 21 | Debit Card Purchase - BALTIMORE COUNTY REVEN TOWSON MD | Debit | - $4.00 | $3,793.09 |
| Jun 21 | Debit Card Purchase - CINEMARK RESERVE 1072 TOWSON MD | Debit | - $10.53 | $3,782.56 |
| Jun 21 | Debit Card Purchase - CINEMARK RESERVE 1072 TOWSON MD | Debit | - $15.72 | $3,766.84 |
| Jun 21 | Debit Card Purchase - CINEMARK THEATRES 1072 TOWSON MD | Debit | - $26.62 | $3,740.22 |
| Jun 21 | Debit Card Purchase - CINEMARK THEATRES 1072 TOWSON MD | Debit | - $19.83 | $3,720.39 |
| Jun 21 | Debit Card Purchase - STARBUCKS STORE 50934 FOREST HILL MD | Debit | - $23.10 | $3,697.29 |

 capitalone.com    📞 1-888-464-0727    🏛 P.O. Box 85123, Richmond, VA 23285     

Sergei Nikoshchenkov | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 21 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | Debit | - $13.78 | $3,683.51 |
| Jun 21 | Debit Card Purchase - AMAZON MKTPL 2M9GH5933 AMZN COM BIL WA | Debit | - $14.95 | $3,668.56 |
| Jun 22 | Debit Card Purchase - COURTLAND HARDWA 2729 FALLSTON, MD US | Debit | - $310.52 | $3,358.04 |
| Jun 22 | Debit Card Purchase - KEFAUVER LUMBER COMPAN FOREST HILL, MD U | Debit | - $7.41 | $3,350.63 |
| Jun 22 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | Debit | - $116.95 | $3,233.68 |
| Jun 22 | Debit Card Purchase - SPOTIFY 8777781161 NY | Debit | - $15.89 | $3,217.79 |
| Jun 22 | Debit Card Purchase - EDEN NAILS AND EDEN BA BEL AIR MD | Debit | - $25.00 | $3,192.79 |
| Jun 22 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $36.40 | $3,156.39 |
| Jun 23 | Debit Card Purchase - WALGREENS STORE 2016 R FOREST HILL, MD U | Debit | - $33.67 | $3,122.72 |
| Jun 23 | Debit Card Purchase - SHOPRITE FOREST HILL S FOREST HILL, MD U | Debit | - $22.50 | $3,100.22 |
| Jun 23 | Debit Card Purchase - COURTLAND HARDWARE 175 FALLSTON MD | Debit | - $27.56 | $3,072.66 |
| Jun 23 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $22.57 | $3,050.09 |
| Jun 24 | Deposit from TURO 8667352901 TURO 86673 | Credit | + $253.94 | $3,304.03 |
| Jun 24 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $3,254.03 |
| Jun 24 | Withdrawal from VENMO PAYMENT | Debit | - $150.00 | $3,104.03 |
| Jun 24 | Debit Card Purchase - NNT KARTINA TV 49069 848454 | Debit | - $18.00 | $3,086.03 |
| Jun 25 | Deposit from AIRBNB PAYMENTS DUGBL4SGZA | Credit | + $1,450.15 | $4,536.18 |
| Jun 25 | Withdrawal from VENMO PAYMENT | Debit | - $50.00 | $4,486.18 |
| Jun 25 | Zelle money sent to DMITRY BUSHNYY | Debit | - $18.00 | $4,468.18 |
| Jun 25 | Debit Card Purchase - MONEYGRAM US DALLAS TX | Debit | - $174.99 | $4,293.19 |
| Jun 26 | Withdrawal from VENMO PAYMENT | Debit | - $200.00 | $4,093.19 |
| Jun 26 | Withdrawal from STATE FARM RO 27 SFPP | Debit | - $522.16 | $3,571.03 |
| Jun 26 | Debit Card Purchase - S & B OIL LLC BEL AIR, MD US | Debit | - $6.84 | $3,564.19 |
| Jun 26 | ATM Withdrawal - BANK OF AMERICA IMDN2095 BEL AIR, MD | Debit | - $154.00 | $3,410.19 |

🌐 capitalone.com     📞 1-888-464-0727     🏛 P.O. Box 85123, Richmond, VA 23285

 

Sergei Nikoshchenkov | STATEMENT PERIOD
Jun 1 - Jun 30, 2024

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 26 | Debit Card Purchase - NETFLIX COM LOS GATOS CA | Debit | - $24.37 | $3,385.82 |
| Jun 26 | Debit Card Purchase - ULTA LAB TESTS SCOTTSDALE AZ | Debit | - $78.85 | $3,306.97 |
| Jun 26 | Debit Card Purchase - SAVORY DELI MARKET I FALLSTON MD | Debit | - $35.06 | $3,271.91 |
| Jun 27 | Zelle money sent to DMITRY BUSHNYY | Debit | - $17.00 | $3,254.91 |
| Jun 27 | Debit Card Purchase - CKE THE NEWBERRY CAF 1 BEL AIR MD | Debit | - $7.01 | $3,247.90 |
| Jun 27 | Debit Card Purchase - PARAMOUNT WEST HOLLYWO CA | Debit | - $6.35 | $3,241.55 |
| Jun 27 | Debit Card Purchase - AMAZON MKTPL RC56664E2 AMZN COM BIL WA | Debit | - $20.36 | $3,221.19 |
| Jun 27 | Debit Card Purchase - FOOD LION #0223 2531-J CREEDMOOR, NC US | Debit | - $11.00 | $3,210.19 |
| Jun 27 | Zelle money sent to DMITRY BUSHNYY | Debit | - $18.00 | $3,192.19 |
| Jun 28 | Deposit from TURO 8667352901 TURO 86673 | Credit | + $370.77 | $3,562.96 |
| Jun 28 | Deposit from AIRBNB PAYMENTS SGETXVUTMZ | Credit | + $2,701.85 | $6,264.81 |
| Jun 28 | Debit Card Purchase - SHELL SERVICE STATION LORIS, SC US | Debit | - $15.28 | $6,249.53 |
| Jun 28 | Debit Card Purchase - SHELL SERVICE STATION LORIS, SC US | Debit | - $53.83 | $6,195.70 |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | Debit | - $10.87 | $6,184.83 |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | Debit | - $59.14 | $6,125.69 |
| Jun 28 | Debit Card Purchase - CIRCLE K # 45061 1211 KINGSLAND, GA US | Debit | - $6.93 | $6,118.76 |
| Jun 28 | Debit Card Purchase - STARBUCKS STORE 22914 BEL AIR MD | Debit | - $9.32 | $6,109.44 |
| Jun 28 | Debit Card Purchase - WENDYS 1359 CREEDMOOR NC | Debit | - $13.11 | $6,096.33 |
| Jun 29 | Debit Card Purchase - ROSS STORES #535 KEY WEST, FL US | Debit | - $300.17 | $5,796.16 |
| Jun 29 | Debit Card Purchase - THE HOME DEPOT #6313 KEY WEST, FL US | Debit | - $75.23 | $5,720.93 |
| Jun 29 | Debit Card Purchase - PUBLIX SUPER MAR 1112 KEY WEST, FL US | Debit | - $560.66 | $5,160.27 |
| Jun 29 | Debit Card Purchase - SHEETZ 0747 00007476 RUTHER GLEN VA | Debit | - $3.63 | $5,156.64 |
| Jun 29 | Debit Card Purchase - SHEETZ 0747 00007476 RUTHER GLEN VA | Debit | - $37.19 | $5,119.45 |
| Jun 29 | Debit Card Purchase - STARBUCKS STORE 22914 BEL AIR MD | Debit | - $18.59 | $5,100.86 |

🌐 capitalone.com     📞 1-888-464-0727     🏛 P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC     

Sergei Nikoshchenkov | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 29 | Debit Card Purchase - BEST WESTERN CREEDMOOR CREEDMOOR NC | Debit | - $131.45 | $4,969.41 |
| Jun 29 | Debit Card Purchase - CINDY S KOUNTRY KITCHE CHADBOURN NC | Debit | - $28.77 | $4,940.64 |
| Jun 29 | Debit Card Purchase - STARBUCKS 800 782 7282 800 782 7282 WA | Debit | - $50.00 | $4,890.64 |
| Jun 30 | Debit Card Purchase - OFFICE MAX/OFFI 1118 K KEY WEST, FL US | Debit | - $64.49 | $4,826.15 |
| Jun 30 | Debit Card Purchase - PUBLIX SUPER MAR 1112 KEY WEST, FL US | Debit | - $24.28 | $4,801.87 |
| Jun 30 | Debit Card Purchase - IHOP 360183 TITUSVILLE FL | Debit | - $59.10 | $4,742.77 |
| Jun 30 | Debit Card Purchase - SHELL OIL 10012564000 WALTERBORO SC | Debit | - $9.37 | $4,733.40 |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH FL | Debit | - $67.37 | $4,666.03 |
| Jun 30 | Debit Card Purchase - STARBUCKS STORE 54058 WALTERBORO SC | Debit | - $13.77 | $4,652.26 |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH FL | Debit | - $4.48 | $4,647.78 |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH FL | Debit | - $2.99 | $4,644.79 |
| Jun 30 | Debit Card Purchase - WINN DIXIE 0317 KEY WEST FL | Debit | - $7.98 | $4,636.81 |
| Jun 30 | Debit Card Purchase - SHELL OIL57543704316 LAKE WORTH FL | Debit | - $3.57 | $4,633.24 |
| Jun 30 | Monthly Interest Paid | Credit | + $0.37 | $4,633.61 |
| **Jun 30** | **Closing Balance** | | | **$4,633.61** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

 capitalone.com    📞 1-888-464-0727    🏛 P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC    

Sergei Nikoshchenkov

STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

## 360 Performance Savings - 36163468492

| 2.98% | $0.89 | 30 |
|-------|-------|-----|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| **Jun 1** | **Opening Balance** | | | **$4.15** |
| Jun 30 | Monthly Interest Paid | Credit | **+ $0.01** | $4.16 |
| **Jun 30** | **Closing Balance** | | | **$4.16** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Fees | $0.00 | $0.00 |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC    

**Sergei Nikoshchenkov** | STATEMENT PERIOD
**Jun 1 - Jun 30, 2024**

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

**(1)** Tell us your name and account number.

**(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 capitalone.com      1-888-464-0727     P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC