

**ORDERED in the Southern District of Florida on August 12, 2024.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                      Case No. 23-11154-RAM
                                            Chapter 11 Sub V
MICHAEL JOSEPH MCMAHON and
SERGEI NIKOSHCHENKOV,
        Debtors.
_____/

### ORDER CONTINUING AMENDED PLAN DEADLINE

THIS CAUSE came before the court 8/8/24 on the Debtors ore tenus Motion to Continue Amended Plan Deadline DE 239, and the court being otherwise fully advised, it is

ORDERED that for the reasons stated on the record at the hearing, the motion is GRANTED, and the amended plan deadline is extended again to August 26, 2024.

### ###

Submitted by Joel M. Aresty, Esq. who is directed to serve a copy of this order on the parties not e-served