UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-11154-RAM
Chapter 11

IN RE:

MICHAEL JOSEPH MCMAHON
and  SERGEI NIKOSHCHENKOV
             Debtors
_____/

**Omnibus Objection to Claims**

**IMPORTANT NOTICE TO CREDITORS**
**THIS IS AN OBJECTION TO YOUR CLAIMS**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

**Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claims filed in this case:**

Claim 1 - $596.73 to TD Retail Card Services. We are clueless as what this might be for. We assume it is some retail store card that we didn't identify as TD Bank. There no amounts past due or balances owed.

Claim 6 - $221.00 to Capital One. We have our accounts there now, and they have never said a word about us owing. Again, we have no idea and we did not need to run balances on any card. No amounts are past due or balances owed not that we have any idea about this.

Claim 7 - $1,118.97 to Truist Bank. We suspect that this was for overdraft fees associated with the Government freezing our accounts. We did not have any control of these events, and the fees are unjustified. There was plenty of money in our personal account. It still has over $30,000 frozen dollars. The reason the Government hasn't moved is they cannot without a hearing which they will lose, it has to do with the wording of the original indictment.

Claim 8 - $4,095.69 PYOD, Inc. This is a debt collector. For whom or what we don't know at all. We had no balances outstanding of this amount.

Claims 10 and 11 – $729.59 and $198.72 Synchrony Bank. We suspect that these are retail accounts for Sunglass Hut and BrandsMart. These are paid in full within the allotted time and there is no interest, debtors often availed ourselves of these deals. And always met the time deadlines.

Claims 17 through 23 totaling $44,532.62 –Monroe County Tax Collector. These taxes are believed to have been paid by the mortgagees.

Respectfully submitted 8/26/24

JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
Counsel for Debtors
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
[Aresty@Mac.com](mailto:Aresty@Mac.com)
By:/s/ Joel M. Aresty, Esq