UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Michael Joseph McMahon
Sergei Nikoshchenkov,                    Case no. 23-11154-RAM
    Debtor(s)                    /    Chapter 11 Case

**PERFORMANCE FINANCE'S RESPONSE TO DEBTORS' MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY (DE 265)**

Performance Finance ("Creditor") responds in opposition to debtor's motion to value (DE 265) as follows:

1. Debtors are currently operating under Chapter 11 of the Bankruptcy Code.

2. On March 23, 2022, debtor Michael Joseph McMahon executed a contract pertaining to the purchase of a **2022 Indian Motorcycle Super Chief Limited (ABS), VIN 56KDBABH2N3001266**. A copy of the contract is attached to Creditor's Proof of Claim No. 9.

3. Debtors' motion incorrectly lists the creditor as JP Morgan Chase and states that no proof of claim has been filed. The correct creditor is Performance Finance as evidenced by Proof of Claim No. 9 filed on April 18, 2023.

4. The debtor understates the value of the vehicle. The average retail value of the vehicle is **$17,535.00**, according to the J.D. Power Used Car/Truck guide for August 28, 2024, a copy of which is attached as Exhibit A.

5. The total payoff on the account, as August 28, 2024, is **$15,924.95, excluding attorney's fees and costs.**

6. Creditor requires updated proof of collision and

comprehensive insurance.

7p. Creditor objects to any portion of its claim being disallowed and stricken.

**WHEREFORE,** Creditor respectfully requests that the debtor's motion to value be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on September 3, 2024, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, Steven D Schneiderman, Esq., attorney for the Office of the US Trustee, Linda Marie Leali, Trustee, and Joel M. Aresty, Esq., attorney for debtors, and mailed Michael Joseph McMahon & Sergei Nikoshchenkov, debtors, 28 Seaside South Court, Key West, FL 33040.

GERARD M. KOURI, JR., P.A.
Attorneys for Creditor
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 447-9632; Fax  (954) 447-9634

By: */s/ Gerard M. Kouri, Jr.*
GERARD M. KOURI, JR., ESQ.
FBN 375969
gmkouri@aol.com

# 2022 Indian Motorcycle Super Chief Limited (ABS)



| | |
|---|---|
| **Vehicle Type** | Motorcycles |
| **Manufacturer** | Indian Motorcycle |
| **Year** | 2022 |
| **Type** | Touring |
| **Model** | Super Chief Limited (ABS) |
| **Piston Displacement (CCs)** | 1811 |
| **Stroke** | 4 |
| **Cylinders** | 2 |
| **Speeds** | 6 |
| **Manufacturer's Reported Weight** | 714 lbs |

| | Suggested List | Rough Trade-In/Wholesale | Clean Trade-In/Wholesale | Average Retail |
|---|---|---|---|---|
| **BASE PRICE** | $21,499 | $11,540 | $13,705 | $17,535 |
| **TOTAL PRICE** | $21,499 | $11,540 | $13,705 | $17,535 |

## Vehicle Notes
**Manufacturer Note:**
Due to limited resale market, we are unable to determine used values.

## Value Explanations
The values listed are a guide for appraisal purposes only. The values are a reflection of the unit's respective popularity. It may be necessary to adjust listed values to meet market conditions of your area. Used units in above average condition could be worth more than average retail value.

### Suggested List
The manufacturer's (distributor's) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license, tags or insurance.

### Rough Trade-In/Wholesale
This figure reflects the wholesale value of a used unit in need of repairs and refurbishing.

### Clean Trade-In/Wholesale
This figure reflects the clean wholesale value of a clean used unit "ready for resale".

### Average Retail
**(High Book)** This figure reflects the average retail value of a used unit "ready for resale". Units in excellent or prime condition may increase value 10% - 15%.



Exhibit A