

**ORDERED in the Southern District of Florida on September 13, 2024.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
```

IN RE:

MICHAEL JOSEPH MCMAHON
SERGEI NIKOSHCHENKOV,            Case no. 23-11154-RAM
                                 Chapter 11
      Debtor(s).        /

### ORDER DENYING WITHOUT PREJUDICE DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY

**THIS CAUSE** came up for hearing on September 12, 2024, at 1:00 P.m., on Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (DE 265) and Performance Finance's Response (DE 274). Upon consideration of the motion and the response, the argument of the parties at the hearing, and the record, it is

**ORDERED** that the Debtor's Motion to Value and Determine

Secured Status of Lien on Personal Property is **DENIED without prejudice**.

###

Submitted by:
Gerard M. Kouri, Jr., Esq.
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax  (954) 862-1732
Email: gmkouripaecf@gmail.com

Attorney Kouri is directed to mail a conformed copy of this Order immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.