

**ORDERED in the Southern District of Florida on September 13, 2024.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                      CASE NO. 23-11154-RAM
                                                            CHAPTER  11
MICHAEL JOSEPH MCMAHON and
SERGEI NIKOSHCHENKOV,


           Debtors.
_____/

### ORDER SETTING EVIDENTIARY HEARING

The Court conducted a hearing on September 12, 2024, on the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property [DE# 258] (the "Motion to Value") held by Creditor, JPMorgan Chase Bank, N.A.  As announced at the hearing, the Court is scheduling an evidentiary hearing.  Therefore, it is -

**ORDERED** as follows:

1.  **FINAL HEARING.**  The Motion to Value is set for a final evidentiary hearing on **November 13, 2024** at **9:30 a.m**.  The hearing will take place at the U.S. Bankruptcy

Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

2. **DISCOVERY.** Discovery must be completed by October 11, 2024. The time for responding to interrogatories, requests for production, or requests for admission, is shortened to 14 days from service.

3. **SUBMISSION AND EXCHANGE OF EXHIBITS.** Exhibits must be submitted and exchanged in accordance with Local Rule 9070-1 by 5:00 p.m. on October 15, 2024. **Please note that under this rule, the parties must file exhibits via CM/ECF.**

4. **WITNESS LISTS**. By 5:00 p.m. on October 15, 2024, each party planning to call a witness at the hearing must file a witness list identifying all witnesses the party intends to call (other than rebuttal or impeachment witnesses) and describing the testimony that each witness is expected to give at the hearing.

5. **OBJECTIONS TO EXHIBITS**. Any objection to the admissibility of any proposed exhibit or to any deposition transcripts, including any recording (audio or video) or summary thereof, must be filed and served, so as to be received no later than 5:00 p.m. on October 25, 2024. Objections must (a) identify the exhibit, (b) state the grounds for the objection, and (c) provide citations to case law and other authority in support of the objection. An objection not so made - except for one under Federal Rule of Evidence 402 or 403 - is waived unless excused by the Court for good cause. Any response to objections shall be filed by November 1, 2024. The Court will rule on the objections prior to the start of the hearing.

6.  **SETTLEMENT**.  If the contested matter is settled, the parties must submit to the Court an agreed order approved by all parties.  If an agreed order is not submitted, counsel must be prepared to proceed with the hearing.

7.  **SANCTIONS**.  Failure to appear at the hearing may result in appropriate sanctions, including the award of attorney's fees, striking of papers or the exclusion of exhibits or witnesses.

8.  **CONTINUANCES**.  Continuances of the hearing must be requested by written motion.  Any request for continuance or amendment to this Order must state the reasons why the party or parties seek a continuance.

###

COPIES TO:

Joel M. Aresty, Esq.
Christopher P. Salamone, Esq.
Linda Marie Leali, Trustee
Office of the U.S. Trustee