

**ORDERED in the Southern District of Florida on September 26, 2024.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

---

```
          UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA
IN RE:

Michael Joseph McMahon
Sergei Nikoshchenkov,            Case no. 23-11154-RAM

       Debtor(s).        /
```

**AGREED ORDER GRANTING PERFORMANCE FINANCE'S
<u>AGREED EX PARTE MOTION FOR RELIEF FROM STAY</u>**

**THIS CAUSE** came before the Court on Performance Finance's Agreed Ex Parte Motion Relief from Stay (DE 298). The debtors, through counsel, consented to the <u>in</u> <u>rem</u> stay relief requested in the motion. Upon consideration of the motion and the consent, it is

**ORDERED** that:

1. The motion is **GRANTED,** and the stay imposed pursuant to 11 U.S.C. Section 362 is modified to allow Performance Finance to repossess or replevy the **2022 Indian Motorcycle Super Chief Limited (ABS), VIN 56KDBABH2N3001266,** to sell the vehicle, and to apply

the proceeds of the sale of the vehicle to the amount owed to Performance Finance or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Performance Finance shall not seek nor obtain any in personam judgment against the debtor(s).

2. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Performance Finance may immediately enforce and implement this order granting relief from stay.

###

Submitted by:
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax  (954) 862-1732
Email: gmkouripaecf@gmail.com

Attorney Kouri is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.